1  NICOLA T. HANNA
   United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   JUDITH A. HEINZ (Cal. Bar No. 176264)
4  Assistant United States Attorney
   Senior Litigation Counsel, National Security Division
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-7280
7       Facsimile: (213) 894-2927
        E-mail:    judith.heinz@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10           UNITED STATES DISTRICT COURT

11       FOR THE CENTRAL DISTRICT OF CALIFORNIA

12               SOUTHERN DIVISION

13  UNITED STATES OF AMERICA,        No. CR 17-254(A)-CJC

14          Plaintiff,               GOVERNMENT'S SENTENCING POSITION

15          v.                       Hearing Date: October 1, 2018
                                     Hearing Time: 11:00 a.m.
16  SI CHEN,                         Location: Courtroom of the Hon.
      aka "Cathy Chen,"                        Cormac J. Carney
17    aka "Celia Chen,"
      aka "Cecilia Chen,"
18    aka "Chunping Ji,"

19          Defendant.

20

21       Plaintiff United States of America, by and through its counsel

22  of record, the United States Attorney for the Central District of

23  California and Assistant United States Attorney Judith A. Heinz

24  hereby submits the attached memorandum of points and authorities in

25  support of the government's sentencing position for defendant Si

26  Chen.  The government requests that the Court consider at sentencing

27  the attached memorandum of points and authorities, the presentence

28

1  investigation report, the files and records of this case, and such

2  further argument as this Court may permit.

3  Dated: September 17, 2018          Respectfully submitted,

4                                     NICOLA T. HANNA
                                       United States Attorney

5
                                       PATRICK R. FITZGERALD
6                                      Assistant United States Attorney
                                       Chief, National Security Division
7

8                                      /s/
                                       _____
                                       JUDITH A. HEINZ
9                                      Assistant United States Attorney

10                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

## I.   INTRODUCTION

For the reasons set forth below, the government respectfully submits, in concurrence with the Probation Office, that the Court should sentence defendant Si Chen ("defendant") to a term of 46 months imprisonment, a three-year term of supervised release, a fine of $20,000, and a mandatory special assessment of $300.

Defendant has entered guilty pleas to three serious felony offenses:

- Conspiracy to Violate the International Emergency Economic Powers Act ("IEEPA") in violation of 50 U.S.C. § 1705(a), (c), 15 C.F.R. §§ 742.4, 742.6, 758.1, 764.2, part 774 (count one);

- International Promotional Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A) (count seven); and

- Forgery or False Use of Passport, in violation of 18 U.S.C. § 1543 (count eight).

The Presentence Report ("PSR") states, and government agrees, that the correct advisory sentencing guideline range is 46 to 57 months imprisonment.  PSR ¶ 128.[1]  Provided that defendant demonstrates an acceptance of responsibility for the offenses up to and including the time of sentencing, the government recommends a two-level reduction in the applicable Sentencing Guidelines offense level, pursuant to

---

[1] The government agrees, as it stated in the plea agreement, to the following applicable Sentencing Guidelines factors:

Base Offense Level-Count One: 26   USSG § 2M5.1(a)(1)
Adjustment-Minor Participant: -2   USSG § 3B1.2(b)

<u>See</u> PSR ¶¶ 64, 67-69.

1  USSG § 3E1.1, and recommends and, if necessary, moves for an
2  additional one-level reduction if available under that section.   The
3  PSR incorporated this recommended 3-level reduction into its
4  calculation of the 46 to 57 month-imprisonment advisory sentencing
5  guideline range, with which the government agrees.   Like the PSR, the
6  government has not identified any factors that warrant a departure
7  from, or a variance outside, the applicable advisory guideline range.
8  See PSR ¶¶ 144, 145.   Further, the government agrees with the Revised
9  Recommendation Letter, dated August 23, 2018, and recommends that
10  defendant should be sentenced at the low-end of the advisory
11  guidelines range, provided that the offense level used by the Court
12  to determine that range is 23 or higher.[2]

13  **II.   RELEVANT FACTS (in addition to those in the PSR)**

14     The government has no objection to any material information set
15  forth in the PSR.   The government provides some additional material
16  information below, as well as two proposed corrections/clarifications
17  to some dates in the PSR.   The information set forth in the PSR and
18  the additional information summarized below demonstrates that the
19  low-end guidelines sentence advocated by the government is necessary
20  to fulfill the purposes of sentences set forth in 18 U.S.C.
21  § 3553(a)(2).

22     Defendant's Employment at Northern University

23     In March 2010, defendant began working as an accountant at
24  Northern University, located in Los Angeles.   PSR ¶¶ 45, 114.

25

26     [2] The low end of the Sentencing Guidelines range is that defined
    by the Sentencing Table in U.S.S.G. Chapter 5, Part A, without regard
27  to reductions in the term of imprisonment that may be permissible
    through the substitution of community confinement or home detention
28  as a result of the offense level falling within Zone B or Zone C of
    the Sentencing Table.

1  Northern University was not an educational entity; it registered
2  companies in the United States on behalf of people in the People's
3  Republic of China ("PRC") and performed shipping duties (receiving
4  and forwarding packages) for companies as directed by people in the
5  PRC.  PSR ¶ 45.  During a Mirandized interview, defendant stated that
6  Archangel Systems Space, Inc. ("ASSI") was one of Northern
7  University's customers and that she began assisting ASSI while
8  working for Northern University.  GEX 1, at 12.[3]

9       E-mail correspondence corroborates that defendant shipped
10 packages for ASSI (or an affiliated entity) and coconspirator
11 "Maggie" (aka "Debi Mills"), while working at Northern University.
12 See GEX 2.[4]  During May 6-19, 2010, defendant and "Debi Mills" from
13 "American Holdings Group LLC" (who, based on additional evidence, was
14 an alias used by unindicted coconspirator "Maggie") exchanged a
15 series of e-mails in which defendant agreed to ship a package to "the
16 shipment address" "same as before" in "Hong Kong."  GEX 2, at 14-17,
17 e-mails 1-6.  In compensation, "Debi" agreed to wire-transfer $150
18 payment to defendant's Wells Fargo Bank account (defendant provided
19 the account information).  Id.  Defendant told "Debi" not to let the
20 supervisors (including Rong Nie) at Northern University know about
21 it, otherwise they would not allow defendant to do it and they would
22 take more time to approve it.  GEX 2, at 16, e-mail 6.  The wire
23 transfer record provided by defendant to "Debi" shows that Century
24 Electronic International Co. ("CEI") transferred the money to
25 defendant's account.  GEX 2, at 18, e-mail 8; see PSR ¶¶ 18, 26, 27,

26 ─────────────────
27      [3] "GEX" refers to the attached exhibits and is followed by the
   applicable exhibit number, and applicable page number.
28      [4] For ease of reference, the e-mails in GEX 2 and 3 are numbered
   in chronological order, and are highlighted.

1  40 (defendant shipped items purchased by ASSI to addresses in Hong

2  Kong used by CEI).

3      Subsequent e-mails show that "Debi" was an alias used by

4  coconspirator "Maggie."  On January 15, 2013, defendant

5  (c.si.china@hotmail.com) sent an e-mail to "Debi"

6  (debi.mills@american-hg.com), titled "Greetings from Celia,"

7  acknowledging their phone conversation on January 11, 2013 ("last

8  Friday"), providing her phone number (626-283-7324), and advising

9  "Debi" to contact her if she needed help with her business.  GEX 3,

10 at 20, e-mail 9.  The e-mail thread that contains e-mail 9 also

11 contains e-mail 6 referenced above.  See GEX 3, at 21, e-mail 6.  On

12 January 17, 2013, defendant (c.si.china@hotmail.com) sent an e-mail

13 to "Maggie's" e-mail address (maggie@star-ai.com),[5] titled "Greetings

14 from Celia," saying, "Hi Debi, Nice to talk to you today!  I would

15 like to leave my address to you for reference: 61 hunter point RD.,

16 Pomona, CA, 91766.  You can contact with [sic] at 626-283-7324 or by

17 email.  Best Regards, Cecilia."  GEX 3, at 25, e-mail 10.  On

18 February 19, 2013, defendant sent "Maggie" (maggie@star-ai.com) an e-

19 mail, titled "Greetings from Celia," saying, "Happy Chinese New Year!

20 Celia."  GEX 3, at 25, e-mail 11.  On March 25, 2013, defendant e-

21 mailed "Maggie," aka "Debi" (maggie@star-ai.com), saying "Debi, Send

22 me your purchase order!  What was the method of payment for that?

23 Was there return or exchange policy?"  GEX 3, at 28 & 32-33, e-mail

24 12/12A.  Thus, "Debi" and "Maggie" appear to be the same person.

25

26 ────────────────

27      [5]  The e-mail domain "star-ai.com" belongs to Star Aero
   Investment Ltd. ("Star Aero").  Star Aero was a company whose address
   was in Shenzhen, China.  Star Aero also used the Jervois Street

28 address in Hong Kong (the same address used by CEI) to receive
   shipments.  PSR ¶ 19.

1   Accordingly, although defendant stated in her interview with
2   the Probation Officer that she was "not involved with 'Maggie' at the
3   time she worked at Northern University" (PSR ¶ 54), the evidence
4   establishes that defendant was shipping items to Hong Kong for Debi,
5   aka Maggie, in May 2010, while she was working at Northern
6   University.

7   Proposed Date Corrections/Clarifications

8   The PSR states that defendant married her spouse, Xin Tan, in
9   the United States in December 2011.  PSR ¶ 90.  A marriage
10  certificate and a Form G-325A from defendant's immigration file
11  indicates the marriage occurred on December 14, 2012.  GEX 4, at 36-
12  37.

13  The PSR states that defendant worked for WHPM, Inc. from October
14  2010 to July 2013, and "left her employment to deliver her baby . .
15  ."  PSR ¶ 113.  To clarify, on the Form I-485 that defendant
16  submitted to USCIS, defendant stated that her daughter was born on
17  November 9, 2012.  GEX 5, at 40.

18  **III. SENTENCING GUIDELINE RANGE CALCULATION**

19  All sentencing proceedings must begin by calculating correctly
20  the applicable United States Sentencing Guidelines range.  United
21  States v. Carty, 520 F.3d 984, 991 (9th Cir. 2008) (en banc).  The
22  advisory Guidelines are "the starting point and the initial bench
23  mark and are to be kept in mind throughout the process."  Carty, 520
24  F.3d at 991 (internal quotation marks and citation omitted).  It is
25  "procedural error for a district court to fail to calculate -- or to
26  calculate incorrectly -- the Guidelines range."  Id. at 993.  The
27  government agrees with the PSR's calculation of defendant's advisory
28  sentencing guideline range.  The government also agrees with the PSR

5

1   that no downward departures are warranted here.

2   **IV.   SECTION 3553(a) FACTOR ANALYSIS**

3       The government agrees with the PSR's recommended sentence.   The

4   recommended sentence of a term of 46 months imprisonment, three years

5   of supervised release, a $20,000 fine, and a special assessment of

6   $300 is necessary to effectuate the purposes of sentencing set forth

7   in section 3553(a).   The government also agrees with the PSR that no

8   variance from that that low-end advisory guideline sentence is

9   warranted.   See <u>United States v. Ressam</u>, 679 F.3d 1069, 1089 (9th

10  Cir. 2012) (reversing an outside-Guidelines sentence in a terrorism

11  case where the justification for the deviation from the guideline

12  sentence was insufficiently compelling to support the extent of the

13  variance).

14       **A.   The Need for the Sentence Imposed to Reflect the**
15          **Seriousness of the Offenses, Promote Respect for the Law,**
            **and Provide Just Punishment Requires a 46-Month Term of**
            **Imprisonment.**

16

17       The nature and circumstances of defendant's offenses of

18  conviction are extremely serious.   As this Court stated in its

19  detention order in this case, "[I]t is well known that China is

20  aggressively developing disruptive and destructive counterspace

21  capabilities that pose a serious threat to the national security of

22  the United States."[6]   Here, the items that defendant and her

23  coconspirators obtained through fraud and false statements had

24  applications, among others, in radar, military jammers, and space

25  communications.   Although defendant was not the decision-maker, her

26  role in the scheme was essential for its success.   It was defendant

27

28       [6] Dkt. 28 - Order Granting Motion for Revocation of Release
Order and Detaining Defendant Pending Trial.

1   who received the items at Southern California locations, and then re-
2   shipped them to Hong Kong where the items were transported to China.
3   It was defendant who rented an office to receive the shipments using
4   a false Chinese passport in a fake name.  It was defendant who made
5   false statements on the shipping documents, grossly under-valuing the
6   items to avoid filing the Electronic Export Information through the
7   Automated Export System -- the system that aids U.S. law enforcement
8   to intercept prior to export illegal shipments that threaten the
9   national security of the United States.  The Court should also
10  consider as an aggravating factor the multiple false statements
11  defendant made to USCIS on her application of legal residency status.

12       During her interview with the Probation Officer, defendant
13  claimed she had no knowledge regarding the engineering background of
14  the items she shipped.  PSR ¶ 55.  However, whether defendant knew
15  about the engineering background of the items she shipped is
16  irrelevant.  What is relevant, and what defendant admitted at her
17  change of plea hearing, is that defendant acted knowingly and
18  willfully when committing her crimes -- and that she conspired with
19  others to export unlawfully to Hong Kong and China items having
20  applications, among others, in radar, military jammers, and space
21  communications.  See Plea Agreement (Dkt. 50), at 7-8, ¶ 14.
22  Accordingly, given the gravity of defendant's criminal conduct, the
23  sentence recommended by the Probation Office and the government is
24  necessary under section 3553(a)(2)(A).

25       **B.   Defendant's History and Characteristics Require the**
        **Recommended Sentence.**
26

27       Defendant is a citizen of China, who has resided in the United
28  States since 2007.  Defendant has enjoyed good health, intelligence,

7

supportive parents, a college education in China, a post-graduate education in the United States, and employment as an accountant in the United States.  Defendant speaks both English and Mandarin.  Up until her arrest, defendant lived with her husband and child in a home that she owns with her husband.  Defendant and her husband also own another residence that they rent to another family.

Nothing in defendant's background warrants, on balance, a below-guideline sentence.  To the contrary, although defendant has been afforded ample opportunities to pursue a fulfilling life in the United States, she chose instead to knowingly and willfully conspire with others to smuggle to China technology controlled for national security purposes in violation of United States law.  She also consciously chose to make multiple false statements under penalty of perjury to United States immigration officials.  The recommended sentence is necessary to hold defendant responsible for her actions.

C. **The Recommended Sentence Is Necessary to Provide Adequate Deterrence to Criminal Conduct and Avoid Unwarranted Sentence Disparities Among Defendants With Similar Records Who Have Been Found Guilty of Similar Conduct.**

The sentence recommended by the government and the Probation Office is necessary to deter defendant and others from committing similar crimes and to avoid unwarranted disparities among defendants with similar records who have been convicted of similar crimes.  It is important to consider that defendant stands convicted of conspiracy -- a crime that increases the threat to the public and decreases the likelihood of deterrence.  As the Supreme Court explained over fifty years ago:

> [C]ollective criminal agreement – partnership in crime – presents a greater potential threat to the public than individual delicts.  Concerted action both increases the

8

1  likelihood that the criminal object will be successfully
   attained and decreases the probability that the individuals
2  involved will depart from their path of criminality.  Group
   association for criminal purposes often, if not normally,
3  makes possible the attainment of ends more complex than
   those which one criminal could accomplish.
4

5  Callanan v. United States, 364 U.S. 587, 593-94 (1961).  Not only did

6  defendant conspire with others, she did so over a lengthy period of

7  time, resulting in the export to China of numerous items posing a

8  threat to the national security of the United States.

9        D.   **The Recommended Sentence Will Provide Defendant With Needed
              Medical Care, or Other Corrective Treatment in the Most
10            Effective Manner.**

11       The government agrees with the Probation Officer's

12  recommendation that defendant be evaluated for mental health

13  treatment by the Bureau of Prisons.  The recommended sentence will

14  afford defendant the opportunity to receive this treatment as part of

15  her rehabilitation while in custody.

16  **V.   CONCLUSION**

17       For all the reasons above, the government respectfully joins the

18  Probation Office in recommending the Court sentence defendant to a

19  term of imprisonment of 46 months, three years of supervised release,

20  a $20,000 fine, and a $300 special assessment.

21  Dated: September 17, 2018          Respectfully submitted,

22                                     NICOLA T. HANNA
                                       United States Attorney
23
                                       PATRICK R. FITZGERALD
24                                     Assistant United States Attorney
                                       Chief, National Security Division
25
                                          /s/
26                                     _____
                                       JUDITH A. HEINZ
27                                     Assistant United States Attorney

28                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

# EXHIBIT 1



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

0/12/2016 18:40 EDT                                                                    Page 2 of 16

## DETAILS OF INVESTIGATION

As documented in ROI number 40 associated with this investigation, on May 18, 2016, at approximately 0934 hours, a search warrant was executed on a vehicle (white Lexus SUV) associated with Si CHEN (DOB: ▓▓▓▓ 1985) in Chino, California. At approximately 1000 hours on the same day a search warrant was executed at CHEN's residence, located at 61 Hunter Point Road, Pomona, California, as well as on a Honda Civic sedan in the garage of the residence. Following the searches, CHEN agreed to be interviewed by agents regarding the U.S. Government's investigation of ARCHANGEL SYSTEMS SPACE, INC (ASSI).

(AGENT NOTE: The interview with CHEN was recorded with a digital recording device. The below is a synopsis of the interview with CHEN, and unless stated otherwise, is not a verbatim account. Please reference the recording for any specifics. END NOTE)

The interview of CHEN took place in the backyard of her residence, which, as noted above, is located at ▓▓▓▓▓▓▓▓▓▓▓ Pomona, California. HSI Special Agents (SAs) Matt Peterson, Defense Criminal Investigative Service (DCIS) SA Natalie Duerksen, and HSI Intelligence Research Specialist (IRS) Amber Benjamin were present for the interview. HSI SA Mike Huang, a fluent speaker of Mandarin Chinese, was also present and served as the interpreter for any clarifications during the interview.

Before beginning the interview, SA Peterson advised CHEN that she was free to leave at any time. CHEN again stated that she understood, and wished to stay and answer questions posed by agents. SA Peterson showed CHEN a copy of a search warrant for her home and vehicles, and provided CHEN copies of each. SA Peterson then advised CHEN that he wanted CHEN to be clear on her legal rights. SA Peterson showed CHEN HSI Statement of Rights ("Miranda Rights") forms in Simplified and Traditional Chinese, asking CHEN which one would be easier for her to understand. CHEN stated "this one," referring to the form written in Traditional Chinese. CHEN reviewed the Statement of Rights form, reading each line in Chinese to ensure that she understood the form and her legal rights. CHEN stated that she understood the form, and signed the form in both English and Mandarin Chinese, annotating the time as 11:28 a.m. on May 18, 2016. SAs Peterson and Duerksen signed the "witness" portion of the form.

SAs Peterson and Duerksen re-introduced themselves, showing CHEN their government-issued credentials. SA Peterson advised CHEN that during the interview, it was important to be truthful and that lying to the agents could result in additional trouble for CHEN. CHEN was again advised that she could end the questioning at any time, and at any point could take a break to go to the bathroom or get something to eat or drink.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | 7/6/2016 |



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**ICE**

---

0/12/2016 18:40 EDT

Page 3 of 16

SA Peterson told CHEN that he wished to talk about "Archangel," and asked when CHEN first started to work for Archangel. CHEN stated that she worked for a company, and that Archangel was one of their customers. CHEN stated that she left the company, and after she left, "Archangel Systems" said that they did not get good service from "them," and therefore asked for CHEN's help. When asked to identify the company she was working at, CHEN responded that it was "Northern University." CHEN added that Northern University was "not a university." When asked to clarify, CHEN stated that it was a company that helped people to apply for "L1" and "EB-5" visas. CHEN stated that she worked for Northern University for approximately six months in 2010, shortly after graduating from National University in San Diego. CHEN reiterated that Northern University did not have students or professors, but carried the name of a university. CHEN stated that she worked at a physical office in Los Angeles located "downtown," where she worked with lawyers to help obtain L1 and EB-5 visas for clients.

CHEN was then shown a color photograph of Rong NIE, and was asked if she recognized the individual. CHEN stated that it was a photograph of "the boss," noting that his name is "NIE Rong." CHEN added that the surname was NIE, and that in Chinese, the surname is placed before the given name. SA Peterson asked CHEN how often she saw NIE during her time working for him. CHEN responded, "it depends," adding that in some periods of time, it was nearly all the time. CHEN stated that NIE personally hired her, and that CHEN became aware of the job via an advertisement in a "world journal" newspaper.

CHEN indicated that it was at Northern University that she first began to assist ASSI. When asked what specific types of assistance she would provide ASSI, CHEN stated that she, in concert with NIE, assisted many businesses become incorporated in the United States, noting that ASSI was one such company. CHEN then stated that she could not remember specifically if she or NIE incorporated ASSI in particular. CHEN added that NIE's company assisted other companies with filing taxes and processing paperwork. CHEN stated that during her time there, she observed NIE assist companies with shipping.

SA Peterson asked CHEN what type of business ASSI was. CHEN responded that she was not sure. SA Peterson asked CHEN what the full name of ASSI was, to which CHEN responded, "Archangel Systems Space." CHEN stated that she was not sure if ASSI was incorporated before or after she began to interact with the entity. SA Peterson again asked what the purpose of ASSI was, inquiring whether ASSI manufactured items or simply purchased items. CHEN responded that she did not know, noting that "they" probably would not let CHEN know. CHEN stated that ASSI was incorporated in Delaware, and CHEN suggested that agents could check ASSI's address in Delaware to learn more about the company. (AGENT NOTE: At this point in the conversation, CHEN picked up the photo of NIE and turned it over so that she could not see NIE's face. END NOTE)

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| ▆▆▆▆▆▆ | ▆▆▆▆▆▆ | 7/6/2016 |

# EXHIBIT 2

**From:**    陈思 <c.si.china@hotmail.com>
**Sent:**    Thursday, May 6, 2010 10:43 AM
**To:**      debi.mills@american-hg.com
**Subject:** FROM CELIA

Hi Debi,

This is Celia,

My account no. :5840281801

name: si chen

rod no.: 121042882 for e-transfer

Best Regs!
Celia

聊天+搜索+邮箱 想要轻松出游,手机MSN帮你搞定! 立刻下载!

14

00079703

**From:** 陈思 <c.si.china@hotmail.com>
**Sent:** Thursday, May 6, 2010 11:44 AM
**To:** debi.mills@american-hg.com
**Subject:** RE: FROM CELIA

③

Hi Debi,

WFBIUS6S

Thanks

Celia

> Date: Thu, 6 May 2010 11:48:33 -0600
> From: debi.mills@american-hg.com
> To: c.si.china@hotmail.com
> Subject: Re: FROM CELIA
>
> Hi Celia,
>
> Please let me know the complete bank name.
>
> I will do the transfer soon.
>
> Regards,
>
> Debi
>
> Quoting 陈思 <c.si.china@hotmail.com>:

②

> >
> > Hi Debi,
> >
> > This is Celia,
> >
> > My account no. :5840281801
> >
> > name: si chen
> >
> > rod no.: 121042882 for e-transfer
> >
> >
> >
> > Best Regs!
> > Celia
> >
> > _____
> > SkyDrive电子画册，带你领略精彩照片，分享"美"时"美"刻!
> > http://www.windowslive.cn/campaigns/e-magazine/ngmchina/?a=c
>
>
>

使用Messenger保护盾2.0，支持多账号登录!　现在就下载!

00084365

**From:** 陈思 <c.si.china@hotmail.com>
**Sent:** Thursday, May 6, 2010 6:12 PM
**To:** debi.mills@american-hg.com
**Subject:** RE: FROM CELIA



Hi Debi,

I got the detail. But I can not find this money from my account right now. I think it should need a few hours. But anyway, I will give you the tracking no. tomorrow before noon.

How about the shippment address?
Hong Kong!? The same as before?

one more thing, by this case, Mr. He or Mr. Nie don't know it, otherwise they won't allowed me to do that, and also take more time for them to approve it!

Keep in touch please!

Take Care!

Celia



Date: Thu, 6 May 2010 18:51:24 -0600
From: debi.mills@american-hg.com
To: c.si.china@hotmail.com
Subject: RE: FROM CELIA

Hi Celia,

Please find the attachment for the payment USD150.00

I think you have received it.

Any question,please let me know freely.

付款 已接获您的指示。请於「银行通知」内的「交易通知」页面查阅指示的处理状况及收费详情。
交易号码 N50700024075
电汇编号 HK107050BI789990
支款账户 400-596375-838 商业综合账户 USD 美元 储蓄
付款金额 USD 美元 150.00
付款日期 2010年5月7日
受款银行地区 UNITED STATES
受款银行名称 WELLS FARGO BANK NA
受款银行地址 464 CALIFORNIA STREET
SAN FRANCISCO CA 94104
U S A
受款银行 SWIFT 地址/BIC WFBIUS6S
受款人账户号码/IBAN 5840281801
受款人名称 SI CHEN
受款人地址
附言给受款人
附言给受款银行
费用付款方 本公司支付所有银行费用。
扣除费用之账户 · 与支款账户相同
本地服务费 费用之详情请参阅交易通知

00077720

Regards,

Debi

Quoting 陈思 <c.si.china@hotmail.com>:

>
> Hi Debi,
>
> WFBIUS6S
>
>
> Thanks
>
> Celia
>
>> Date: Thu, 6 May 2010 11:48:33 -0600
>> From: debi.mills@american-hg.com
>> To: c.si.china@hotmail.com
>> Subject: Re: FROM CELIA
>>
>> Hi Celia,
>>
>> Please let me know the complete bank name.
>>
>> I will do the transfer soon.
>>
>> Regards,
>>
>> Debi
>>
>> Quoting 陈思 <c.si.china@hotmail.com>:
>>
>> >
>> > Hi Debi,
>> >
>> > This is Celia,
>> >
>> > My account no. :5840281801
>> >
>> > name: si chen
>> >
>> > rod no.: 121042882 for e-transfer
>> >
>> >
>> >
>> > Best Regs!
>> > Celia
>> >
>> > _____
>> > SkyDrive电子画册, 带你领略精彩照片, 分享 "美" 时 "美" 刻!
>> > http://www.windowslive.cn/campaigns/e-magazine/nqmchina/?a=c
>>
>>
>>
>
> _____
> 一张照片的自白—Windows Live照片的可爱视频介绍
> http://windowslivesky.spaces.live.com/blog/cns!5892B6048E2498BD!889.entry

17

00077721

**From:** 陈思 <c.si.china@hotmail.com>
**Sent:** Wednesday, May 19, 2010 11:11 AM
**To:** debi.mills@american-hg.com
**Subject:** RE: FROM CELIA

Hi Debi,
Following is the statement shown in my online bank account. It means, for this time's service the final amount to my account is $135(145-10). So I want to let you know, by the decrease, I only own you $75(90-(150-135)).



05/17/10                                                                                   $10.00

WIRE TRANS SVC CHARGE - SEQUENCE: 100517000984 SRF#
137319343 TRN#100517000984 RFB# HK115050BI845452
WT FED#00447 HSBC HONG KONG /ORG=CENTURY
05/17/10 ELECTRONIC INTERNATIONAL CO SRF# 137319343          $145.85
TRN#100517000984 RFB# HK115050BI845452

One more thing, please let me know if you get any email from bank of america, otherwise I will call them tomorrow!

Best Regards!
Celia
> Date: Thu, 13 May 2010 19:16:02 -0600
> From: debi.mills@american-hg.com
> To: c.si.china@hotmail.com
> Subject: RE: FROM CELIA
>
> https://www.bankofamerica.com/Control.do?page_msg=signoff&body=signoff
> Online ID:  PROJECTSPRIORITIES
> Password:fine88888888
>
>
>
>
> Quoting 陈思 <c.si.china@hotmail.com>:
>
> >
> > Hi Debi,
> >
> >
> >
> > I got the detail. But I can not find this money from my account
> > right now. I think it should need a few hours. But anyway, I will
> > give you the tracking no. tomorrow before noon.
> >
> >



18

00084294

# EXHIBIT 3

| | |
|---|---|
| **From:** | 陈思 <c.si.china@hotmail.com> |
| **Sent:** | Tuesday, January 15, 2013 11:10 PM |
| **To:** | debi.mills@american-hg.com |
| **Subject:** | Greetings from Celia |



Hi Debi,

It was really nice to talk to you last Friday.
Please do not be hesitated to contact me at 626-283-7324 or by email at anytime if you need any assist for your business.

Wish all the best to you~

Sincerely,

Celia

---

From: c.si.china@hotmail.com
To: debi.mills@american-hg.com
Subject: RE: BANK
Date: Fri, 21 May 2010 04:29:19 +0800

Hi , Debi

I called BANK OF AMERICA,they said include shipping, it will take 10 business days exclude weekend.
It means, after 10 business days, I can get the new card, be calculated from last Friday.
And they won't check the status for the custmer within 10 days from the apply day.

Let me know what is following please!

Celia

> Date: Thu, 13 May 2010 06:43:50 -0600
> From: debi.mills@american-hg.com
> To: c.si.china@hotmail.com
> Subject: BANK
>
> Hello Celia,
>
> Please see the attached form of bank.
>
> And please be noted the correct EIN No. should be
> 27-1097040
>
> Yesterday, I gave you the wrong EIN No.
>

00069600

> Please contact the bank as soon as you can.
>
> Thank you so much.
>
> BR
>
> Debi
>
>
>
> Quoting 陈思 <c.si.china@hotmail.com>:
>
> >
> > Hi Debi,
> >
> >
> >
> > I got the detail. But I can not find this money from my account
> > right now. I think it should need a few hours. But anyway, I will
> > give you the tracking no. tomorrow before noon.
> >
> >
> >
> > How about the shippment address?
> >
> > Hong Kong!? The same as before?
> >
> >
> >
> >
> >
> > one more thing, by this case, Mr. He or Mr. Nie don't know it,
> > otherwise they won't allowed me to do that, and also take more time
> > for them to approve it!
> >
> >
> >
> > Keep in touch please!
> >
> >
> >
> > Take Care!
> >
> >
> >
> > Celia
> >
> >
> >
> > Date: Thu, 6 May 2010 18:51:24 -0600
> > From: debi.mills@american-hg.com
> > To: c.si.china@hotmail.com
> > Subject: RE: FROM CELIA
> >

21

**From:** maggie@star-ai.com
**Sent:** Tuesday, January 14, 2014 6:50 PM
**To:** 陈思 <c.si.china@hotmail.com>
**Subject:** Re: RE: Greetings from Celia

如果RENEW完了以后，供应商查到我司的信息是不是注册日期还是2010年，而不是RENEW的时间。

发件人：陈思
发送时间：2014-01-15 02:41:45
收件人：maggie@star-ai.com
抄送：
主题：RE: Greetings from Celia
Hi Maggie,

Attached all information from State of Delaware. If your customer do not want to pay, then this is the only information they can get on line.
After contact with State of Delaware by phone, your status is " VOID", since you never pay for renew and tax to State of Delaware.
To make your status active, you need to file Renew of Void, and all tax forms including fees.

Will contact with IRS for more information.


Best Regards,
Cecilia

Date: Wed, 15 Jan 2014 00:34:39 +0800
From: maggie@star-ai.com
To: c.si.china@hotmail.com
Subject: Re: RE: Greetings from Celia

要查的公司名字是ARCHANGEL SYSTEMS SPACE,INC
EIN NO.:请见附件FILE


Date: Fri, 10 Jan 2014 17:03:39 +0800
From: maggie@star-ai.com
To: c.si.china@hotmail.com
Subject: Re: RE: Greetings from Celia

有一个问题，咨询下

在美国SOCIAL SECURITY No.是不是只有美国人或者持有绿卡的人有？

发件人：陈思
发送时间：2014-01-07 04:54:35
收件人：maggie@star-ai.com
抄送：

00071596

主题： RE: Greetings from Celia
Sure, if u need any baby staff made in US, just let me know!
Take care!

Cecilia

---

Date: Mon, 6 Jan 2014 21:35:22 +0800
From: maggie@star-ai.com
To: c.si.china@hotmail.com
Subject: Re: RE: Greetings from Celia

Hi Celia,

It is a girl.I am 8 months pregnancy.And will give birth after Chinese Spring New year.

Any help,I will let you know.

Have a good day.

Maggie


2014-01-06

maggie@star-ai.com

发件人： 陈思
发送时间： 2014-01-04 04:53:16
收件人： maggie@star-ai.com
抄送：
主题： RE: Greetings from Celia
HI, Meggie,
So happy for u! Is ur baby a boy or girl! Let me know if u need anything I can help with! Are u breath
feeding right now?
Thanks for ur wire transfer!
Cecilia

---

Date: Thu, 2 Jan 2014 17:11:26 +0800
From: maggie@star-ai.com
To: celiachen.2010@gmail.com
CC: c.si.china@hotmail.com
Subject: Re: Re: Greetings from Celia

Dear Celia,

Happy 2014 first!

Sorry for the late payment as I am on the long holiday for baby pregnancy.

Please find the attached payment sheet.



Wish you and your family have a happy holiday.

00071597

Maggie

发件人：Si Chen
发送时间：2013-03-07 01:17:12
收件人：maggie@star-ai.com
抄送：
主题：Re: Greetings from Celia
5614042200
Virtualoffice

Sent from my iPhone

On Mar 6, 2013, at 8:00 AM, "maggie@star-ai.com" <maggie@star-ai.com> wrote:

可以，把这个公司的地址和电话发给我，我跟他们联系一下。


2013-03-06

maggie@star-ai.com

发件人：si chen
发送时间：2013-02-28 05:46:06
收件人：maggie@star-ai.com
抄送：
主题：Re: Re: Greetings from Celia
Hi Maggie,

这家还是有些远，我找到了另外一家离我家近的。
1249 South Diamond Bar Boulevard, Diamond Bar, CA
每个月$99, 可以接收信件和包裹。跟你之前邮件中提到的是一个性质的公司，提供地址服务。
是否可以？

Celia
On Tue, Feb 26, 2013 at 3:18 PM, si chen <celiachen.2010@gmail.com> wrote:
Hi Maggie,

Ontario Airport Center的是离我家近的！
网站上写的是65美金每个月，今天没能联系上他们的客服人员，转线员说客服都很忙，所以明天我会早点
打给他们，得到确切消息后再给你答复！

Celia

On Mon, Feb 25, 2013 at 8:01 PM, maggie@star-ai.com <maggie@star-ai.com> wrote:

Hi Celia,

请确认下以下办公室，如果能够提供接货服务及银行文件接收。

每个月价格多少

http://www.davincivirtual.com/loc/us/california/los-angeles-virtual-offices/

找一个离你近的地方。

Maggie

00071598

2013-02-26

maggie@star-ai.com

发件人：Si Chen
发送时间：2013-02-19 04:22:07
收件人：maggie@star-ai.com
抄送：
主题：Re: Greetings from Celia
Happy Chinese New Year!



Celia

Sent from my iPhone

On Jan 16, 2013, at 8:14 PM, "maggie@star-ai.com" <maggie@star-ai.com> wrote:

Received your e-mail.Thanks.

2013-01-17

maggie@star-ai.com

发件人：si chen
发送时间：2013-01-17 11:32:29
收件人：maggie
抄送：
主题：Greetings from Celia
Hi Debi,



Nice to talk to you today!
I would like to leave my address to you for reference: 61 hunter point RD.,
Pomona, CA, 91766

You can contact with at 626-283-7324 or by email.

Best Regards,
Cecilia

00071599

| | |
|---|---|
| **From:** | si chen <celiachen.2010@gmail.com> |
| **Sent:** | Monday, April 8, 2013 9:25 AM |
| **To:** | Si Chen <c.si.china@hotmail.com> |
| **Subject:** | Re: Greetings from Celia |

Hi Maggie,

Do you still need I follow up your purchasing issue? I didn't receive any response from you regarding the advise data sheet from Dr. Shevy.

Best Regards,


2013/4/1 Si Chen <celiachen.2010@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "maggie@star-ai.com" <maggie@star-ai.com>
> **Date:** April 1, 2013, 7:22:50 PM PDT
> **To:** "si chen" <celiachen.2010@gmail.com>
> **Subject: Re: Re: Greetings from Celia**
>
> Hello Cathy,
>
> See the USD165 payment copy.
>
> Have you called the factory to CEO of Yaakov?
>
> Please let me know.
>
> Thanks
>
> Maggie
>
>
> 2013-04-02
>
> maggie@star-ai.com
>
> 发件人： si chen
> 发送时间： 2013-03-31  12:55:01
> 收件人： maggie@star-ai.com
> 抄送：
> 主题： Re: Greetings from Celia
> Hi, Maggle ,
>
> 是否可以请你从中国建设银行给我汇款？因为我的收款帐户是Bank of America，在中

26

00067450

国与建设银行有合作项目，故不收取手续费。
银行收款帐户信息如下：
帐户名称：SUFEN CAI（个人帐户）
帐户号码：325015155081
银行名称： Bank of America
银行地址：100 West 33rd St.，New York，NY，10001 USA
银行电话：1-626-299-3963
国内电汇代码（Routing Number）：026009593
国外电汇代码（SWIFT CODE）：BOFAUS3N

谢谢，
Cathy

On Thursday, March 28, 2013, Si Chen wrote:
　Hi, Maggie,
　请尽快帮我申请一个email地址！
　名字是Cathy；
　我的新手机号是6262834064，
　是包月的电话卡，每个月50美金，一次性不记名电话65美金，国际长途电话卡50美金
　（$0.4／分钟）
　总计165美金。
　我晚些会发给你我的银行账号！

　谢谢，
　Cathy

　Sent from my iPhone

　On Mar 25, 2013, at 6:26 PM, "maggie@star-ai.com" <maggie@star-ai.com> wrote:

　　purchase order No. 是AS12N1F101FV3


　　2013-03-26

　　maggie@star-ai.com

　　发件人： Si Chen
　　发送时间： 2013-03-26 09:14:23
　　收件人： maggie@star-ai.com
　　抄送：
　　主题： Re: Greetings from Celia
　　我需要你的purchase order No.

　　Sent from my iPhone

　　On Mar 25, 2013, at 5:04 PM, "maggie@star-ai.com"
　　<maggie@star-ai.com> wrote:

**27**

00067451

订单如附件。付款条件是TT BEFORE delivery，全款已经付给他们了，在2012-12-17出的货。

要求对方把其中的一个货，进行RETURN and repair，改为30dB和0.02的精度。
1. why you cannot support PZ30?Your data sheet has the PZ30 option.Our order shows we need PZ30,30dB.
2.From your data sheet,0.02nm accuracy is for PZT range and our order is PZT.

跟他们讲这个货是ARCHANGEL SYSTEMS SPACE,INC美国自己使用。所有你不懂的地方，你说需要确认邮件回复他。你只是FRANCES LOOMIS的助理。

发件人： Si Chen
发送时间： 2013-03-26  07:46:49
收件人： maggie@star-ai.com
抄送：
主题： Re: Greetings from Celia
我也需要他们给你的order confirmation

Sent from my iPhone

On Mar 25, 2013, at 4:40 PM, Si Chen <celiachen.2010@gmail.com> wrote:



> Debi，
> 把你的purchase order给我发过来！
> 当时的付款方式是什么？
> 有没有return或是exchange policy？

Sent from my iPhone

On Mar 6, 2013, at 8:00 AM, "maggie@star-ai.com" <maggie@star-ai.com> wrote:

> 可以，把这个公司的地址和电话发给我，
> 我跟他们联系一下。

2013-03-06

maggie@star-ai.com

发件人： si chen

00067452

发送时间： 2013-02-28  05:46:06
收件人：

00067453

LSS T# 490845

Translator's Note = [  ]
Italicized = Non-Chinese words from the original document

## [201703011800121_00076354 - Translation]

| | |
|---|---|
| *From:* | *maggie@star-ai.com* |
| *Sent:* | *Wednesday, April 10, 2013 7:16 AM* |
| *To:* | *CHEN, Si <c.si.chan@hotmial.com>* |
| *Subject:* | *Re: FW: Greetings from Celia* |

*Hi Celia,*

I've confirmed with the client. The client insisted on replacing the merchandise and having the accuracy be adjusted to 0.02.

It needs to be changed to 20dB.

However, the supplier needs to take the entire responsibility. Our bottom line is to let [them] replace one item of the merchandise; it is not necessary to have the other one replaced. However, we are not paying for the fees.

You can talk with them accordingly.

Please let know if you have any questions.

*Maggie*

*2013-04-10*

*maggie@star-ai.com*

| | |
|---|---|
| FROM: | CHEN, Si |
| DATE: | *2013-04-09 00:22:40* |
| TO: | *maggie@star-ai.com* |
| CC: | |
| SUBJECT: | *FW:   Greetings form Celia* |

[The rest of the content is English]

SC_00093764

LSS T# 490845

Translator's Note = [   ]
Italicized = Non-Chinese words from the original document

FROM:       *si chen*

DATE:        *2013-03-31 12:55:01*

TO:          *maggie@star-ai.com*

CC:

SUBJECT:    *Re: Greetings from Celia*

*Hi, Maggie,*

Is it possible for you to remit funds for me from the China Construction Bank? It's because the bank account that I'm using to receive the funds is with the *Bank of America*; [who has working relationship with the Construction Bank in China; therefore, the processing fee will be waived.

The information of the bank account where the funds are to be remitted to is as followed:

Account Name:      *SUFEN CAI*  (Personal Account)

Account Number:    *325015155081*

Name of the bank:   *Bank of America*

Address of the bank: *100 West 33rd St., New York, NY 10001 USA*

Tel No. of the bank:  *1-626-299-3963*

Domestic Remittent No. (*Routing Number*): *026009593*

Non-domestic Remittent No. (Swift Code): *BOFAUS3N*

Thank you,

*Cathy*

---

*On Thursday, March 28, 2013, Si Chen wrote:*

*Hi, Maggie,*

Please set up an *email* address for me as soon as possible!
The name is *Cathy;*
My new cell phone number is 6262834064; it's a phone card with a monthly fee. It's 50 USD a month. A disposable phone card is 65USD. An international phone card is 50USD ($0.4/per min).
A total of 165USD
I'll send you my bank account number later!

Thank you.
*Cathy*

*Sent from my iPhone*
*On Mar 25, 2013, at 6:26 pm, "maggie@star-ai.com" , <maggie@star-ai.com> wrote:*

SC_00093765

LSS T# 490845

Translator's Note = [  ]
Italicized = Non-Chinese words from the original document

*purchase order No.* is *AS12N1F101FV3*

---

2013-03-26

maggie@star-ai.com

FROM:      Si Chen

DATE:      *2013-03-26 09:14:23*

TO:        *maggie@star-ai.com*

CC:

SUBJECT:   *Re: Greetings from Celia*

I need your *purchase order No.*

*Sent from my iPhone*

On Mar 25, 2013, at 5:04 PM, "maggie@star-ai.com" *<maggie@star-ai.com> wrote:*

Order slip attached.  The payment condition is *TT BEFORE delivery,* [we've] paid them the entire amount already.  The merchandise was dispatched on *2012-12-17.*

Make a request to *RETURN and repair* one of the products, switch it to *30dB* and *0.02* accuracy.
*1. why you cannot support PZ30? Your data sheet has the PZ30 option. Our order shows we need PZ30, 30dB.*
*2. From your data sheet, 0.02nm accuracy is for PZT range and our order is PZT.*

Tell them this product is being used by *ARCHANGEL SYSTEMS SPACE, INC* of the United States itself.  So for anything that you don't understand, you would tell him that you need an email to confirm and get back to him.  You are merely an assistant to *FRANCES LOOMIS.*

---

FROM:      Si Chen

DATE:      2013-03-26 07:46:49

TO:        maggie@star-ai.com

SUBJECT:   *Re: Greetings from Celia*
I need the *order confirmation* that they gave you

*Sent from my iPhone*

*On Mar 25, 2013, at 4:40 PM, Si Chen <celiachen.2010@gmail.com> wrote:*

Debi,

Send me your *purchase order*!
What was the method of payment for that?
Was there *return* or *exchange policy?*



SC_00093766

LSS T# 490845

Translator's Note = [  ]
Italicized = Non-Chinese words from the original document

*Sent from my iPhone*

*On Mar 6, 2013, at 8:00 AM, "maggie@star-ai.com"*
*<maggie@star-ai.com> wrote:*

Okay, send me the name and phone number of this company, I will contact them.

FROM:        CHEN, Si

DATE:        *2013-02-28*
*05:46:06*

TO:

SC_00093767



## U.S. Citizenship and Immigration Services
## Language Services Section
26 Federal Plaza, Room 506
New York, NY 10278
Tel: (212) 264-6831
Fax: (212) 264-2622

---

### CERTIFICATE OF TRANSLATION

---

I, Sky Yeung, am competent to translate from Chinese into English, and certify that the ☒ full / ☐ summary translation of the attached document is true and accurate to the best of my abilities.

Translation Number: 490845

A Number: N/A

_____          03-24-2017
(Signature of Translator)                                  (Date)

SC_00093768

34

# EXHIBIT 4

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

### COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

4 2012-19 031405

**LICENSE AND CERTIFICATE OF MARRIAGE**
MUST BE LEGIBLE—MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE DARK INK ONLY

XINA

TAN

01/15/1984   CHINA   0

ADDRESS: 51 HUNTER POINT RD   CITY: POMONA   STATE/COUNTRY: CALIFORNIA   91766

JIANZHONG TAN   CHINA

LING GE   CHINA

CHEN

05/03/1985   CHINA

ADDRESS: 61 HUNTER POINT RD   CITY: POMONA   STATE/COUNTRY: CALIFORNIA   91766

YAN CHEN   CHINA

SUFEN JIA   CHINA

/s/ XIN TAN   /s/ SI CHEN

12/14/2012   03/14/2013   DEAN C. LOGAN

P2150350   LOS ANGELES   12400 Imperial Highway, Norwalk, CA 90650

/s/ CAROL WONG   CAROL WONG

300 W. VALLEY BLVD, #28, ALHAMBRA, CA 91803

12/14/2012   ALHAMBRA   LOS ANGELES

NON-DENOM

MINISTER

ISE WA CHAN

525 W. VALLEY BLVD, SUITE C, ALHAMBRA, CA 91803

DEAN C. LOGAN   MAR 2013

MAR 25 2013

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

_Diane Logan_
DEAN C. LOGAN
Registrar-Recorder/County Clerk

*0021 5654 5*

*002156545*

This copy not valid unless prepared on an engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

36

OMB No. 1615-0008; Expires 02/28/2015

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

## G-325A, Biographic Information

| Family Name | First Name | Middle Name | ☐ Male  ☒ Female | Date of Birth (mm/dd/yyyy) 1985 | Citizenship/Nationality China | File Number A N/A 2077172 98 |
|---|---|---|---|---|---|---|

| All Other Names Used (include names by previous marriages) None | City and Country of Birth Shenyang   China | U.S. Social Security No. (if any) |
|---|---|---|

| | Family Name | First Name | Date of Birth (mm/dd/yyyy) | City, and Country of Birth (if known) | City and Country of Residence |
|---|---|---|---|---|---|
| Father | CHEN | YAN | 1956 | Shenyang, China | Shenyang, China |
| Mother (Maiden Name) | CAI | SUFEN | 1961 | Shenyang, China | Shenyang, China |

| Current Husband or Wife (If none, so state) Family Name (For wife, give maiden name) TAN | First Name XIN | Date of Birth (mm/dd/yyyy) 1984 | City and Country of Birth Shanghai, China | Date of Marriage 12/14/2012 | Place of Marriage Alhambra, CA, USA |
|---|---|---|---|---|---|

| Former Husbands or Wives (If none, so state) Family Name (For wife, give maiden name) None | First Name | Date of Birth (mm/dd/yyyy) | Date and Place of Marriage | Date and Place of Termination of Marriage |
|---|---|---|---|---|

**Applicant's residence last five years. List present address first.**

| Street Name and Number | City | Province or State | Country | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|---|---|
| | Pomona | CA | United States | May | 2012 | Present Time | |
| | Pico Rivera | CA | United States | May | 2010 | May | 2012 |
| | | | | | | | |
| | | | | | | | |

**Applicant's last address outside the United States of more than 1 year.**

| Street Name and Number | City | Province or State | Country | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|---|---|
| 21A2 Tiantan 2nd St. Apt. 242, Shenhe | Shenyang | Liaoning | China | Jan | 2003 | Sep | 2007 |

**Applicant's employment last five years. (If none, so state.) List present employment first.**

| Full Name and Address of Employer | Occupation (Specify) | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|
| None | None | Jul | 2013 | Present Time | |
| W.H.P.M. Inc.  5358 Irwindale Ave., Irwindale, CA | Accountant | Jan | 2011 | Jun | 2013 |
| Northern University, 9460 Telstar Ave. #5, El Monte, CA | Accountant | Mar | 2010 | Sep | 2010 |
| | | | | | |

**Last occupation abroad if not shown above. (Include all information requested above.)**

| None | None | | | | |
|---|---|---|---|---|---|

| This form is submitted in connection with an application for: ☐ Naturalization  ☐ Other (Specify): ☒ Status as Permanent Resident | Signature of Applicant | Date 06/20/2015 |
|---|---|---|

If your native alphabet is in other than Roman letters, write your name in your native alphabet below:

**Penalties:** Severe penalties are provided by law for knowingly and willfully falsifying or concealing a material fact.

**Applicant:** Print your name and Alien Registration Number in the box outlined by heavy border below.

| Complete This Box (Family Name) Chen | (Given Name) Si | (Middle Name) | (Alien Registration Number) A N/A 2077172 98 |
|---|---|---|---|

Form G-325A (Rev. 02/07/13) Y

# EXHIBIT 5

OMB No. 1615-0023; Expires 06/30/15

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-485, Application to Register
Permanent Residence or Adjust Status**

START HERE - Type or Print (Use black ink)

| Part 1. Information About You   *[handwritten: NR CIS  7/17/15  NE 3002]* | | | For USCIS Use Only | |
|---|---|---|---|---|
| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name | Returned | Receipt |
| Chen | Si | | | |

| Address - Street Number and Name | | Apt. No. | Resubmitted |
|---|---|---|---|

C/O *(in care of)*

| City | State | ZIP Code | Reloc Sent |
|---|---|---|---|
| Pomona | CA | 91768 | |

| Date of Birth *(mm/dd/yyyy)* | Country of Birth | |
|---|---|---|
| 1985 | China | |

| Country of Citizenship/Nationality | U.S. Social Security No. *(if any)* | A-Number *(if any)* | Reloc Rec'd |
|---|---|---|---|
| China | | N/A | |

| Date of Last Arrival *(mm/dd/yyyy)* | I-94 Number   *[handwritten: 207-H7.298]* | |
|---|---|---|
| 05/02/2013 | 24889059327 | |

| Current USCIS Status | Expires on *(mm/dd/yyyy)* | Applicant Interviewed |
|---|---|---|
| H4 | 06/13/2017 | |

**Part 2. Application Type** *(Check one)*

I am applying for an adjustment to permanent resident status because:

a. ☐ An immigrant petition giving me an immediately available immigrant visa number that has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiancé(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate.)

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least 1 year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described above in (e), and I am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least 1 year.

g. ☐ I have continuously resided in the United States since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain (for example, I was admitted as a refugee, my status has not been terminated, and I have been physically present in the United States for 1 year after admission). If additional space is needed, see Page 3 of the instructions.

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e) above.

j. ☐ I am the husband, wife, or minor unmarried child of a Cuban and meet the description in (f) above.

**For USCIS Use Only (right column):**

Section of Law
☐ Sec. 209(a), INA
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☒ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

Country Chargeable
*[handwritten: China    coc/colR]*

Eligibility Under Sec. 245
☐ Approved Visa Petition
☒ Dependent of Principal Alien
☐ Special Immigrant
☐ Other   *[handwritten: 999]*

Preference   *[handwritten: E21/N/4/24/2013]*

Action Block

To be Completed by
*Attorney or Representative, if any*
☒ Fill in box if Form G-28 is attached to represent the applicant.

VOLAG No

ATTY State License No. NY2891547

Form I-485 (Rev. 06/20/13) Y

## Part 3. Processing Information

**A.** City/Town/Village of Birth

Shenyang

Current Occupation

None

Your Mother's First Name

SUFEN

Your Father's First Name

YAN

Give your name exactly as it appears on your Form I-94, Arrival-Departure Record

CHEN, SI

Place of Last Entry Into the United States *(City/State)*

Los Angeles, CA

In what status did you last enter? *(Visitor, student, exchange visitor, crewman, temporary worker, without inspection, etc.)*

H1B

Were you inspected by a U.S. Immigration Officer?   Yes [X]   No [ ]

Nonimmigrant Visa Number

▓▓▓▓▓▓

Consulate Where Visa Was Issued

Shenyang, China

Date Visa Issued *(mm/dd/yyyy)*

04/16/2013

Gender   [ ] Male   [X] Female

Marital Status

[X] Married   [ ] Single   [ ] Divorced   [ ] Widowed

Have you ever applied for permanent resident status in the U.S.?   [ ] Yes *(If "Yes" give date and place of filing and final disposition.)*   [X] No

**B.** List your present spouse and all of your children (include adult sons and daughters). (If you have none, write "None." If additional space is needed, see Page 3 of the instructions.)

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Initial | Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| Tan | Xin | | ▓▓▓1984 |
| Country of Birth | Relationship | A-Number *(if any)* | Applying with you? |
| China | Spouse | ▓▓▓▓ | Yes [X]  No [ ] |
| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Initial | Date of Birth *(mm/dd/yyyy)* |
| T▓▓ | C▓▓▓ | | 11/09/2012 |
| Country of Birth | Relationship | A-Number *(if any)* | Applying with you? |
| USA | Child | N/A | Yes [ ]  No [X] |
| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Initial | Date of Birth *(mm/dd/yyyy)* |
| | | | |
| Country of Birth | Relationship | A-Number *(if any)* | Applying with you? |
| | | | Yes [ ]  No [ ] |
| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Initial | Date of Birth *(mm/dd/yyyy)* |
| | | | |
| Country of Birth | Relationship | A-Number *(if any)* | Applying with you? |
| | | | Yes [ ]  No [ ] |
| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Initial | Date of Birth *(mm/dd/yyyy)* |
| | | | |
| Country of Birth | Relationship | A-Number *(if any)* | Applying with you? |
| | | | Yes [ ]  No [ ] |

Form I-485 (Rev. 06/20/13) Y Page 2

**Part 3.  Processing Information** *(Continued)*

C. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any military service in this part. If none, write "None." Include the name of each organization, location, nature, and dates of membership. If additional space is needed, attach a separate sheet of paper. Continuation pages must be submitted according to the guidelines provided on Page 3 of the instructions under General Instructions.

| Name of Organization | Location and Nature | Date of Membership From | Date of Membership To |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Answer the following questions. (If your answer is **"Yes"** to any question, explain on a separate piece of paper. Continuation pages must be submitted according to the guidelines provided on Page 3 of the instructions under **General Instructions**.  Information about documentation that must be include with your application is also provide in this section.) Answering **"Yes"** does not necessarily mean that you are not entitled to adjust status or register for permanent residence.

1. Have you EVER, in or outside the United States:

   a. Knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?     Yes ☐   No ☒

   b. Been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?     Yes ☐   No ☒

   c. Been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency, or similar action?     Yes ☐   No ☒

   d. Exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States?     Yes ☐   No ☒

2. Have you received public assistance in the United States from any source, including the U.S. Government or any State, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?     Yes ☐   No ☒

3. Have you EVER:

   a. Within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?     Yes ☐   No ☒

   b. Engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?     Yes ☐   No ☒

   c. Knowingly encouraged, induced, assisted, abetted, or aided any alien to try to enter the United States illegally?     Yes ☐   No ☒

   d. Illicitly trafficked in any controlled substance, or knowingly assisted, abetted, or colluded in the illicit trafficking of any controlled substance?     Yes ☐   No ☒

4. Have you EVER engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?     Yes ☐   No ☒

Form I-485 (Rev. 06/20/13) Y Page 3

## Part 3.  Processing Information *(Continued)*

5. Do you intend to engage in the United States in:

   a. Espionage?    Yes ☐   No ☒

   b. Any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence, or other unlawful means?    Yes ☐   No ☒

   c. Any activity to violate or evade any law prohibiting the export from the United States of goods, technology, or sensitive information?    Yes ☐   No ☒

6. Have you EVER been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?    Yes ☐   No ☒

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion?    Yes ☐   No ☒

8. Have you EVER been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal, or rescission proceedings?    Yes ☐   No ☒

9. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act (INA) for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States, or any immigration benefit?    Yes ☐   No ☒

10. Have you EVER left the United States to avoid being drafted into the U.S. Armed Forces?    Yes ☐   No ☒

11. Have you EVER been a J nonimmigrant exchange visitor who was subject to the 2-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver?    Yes ☐   No ☒

12. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child?    Yes ☐   No ☒

13. Do you plan to practice polygamy in the United States?    Yes ☐   No ☒

14. Have you EVER ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

   a. Acts involving torture or genocide?    Yes ☐   No ☒

   b. Killing any person?    Yes ☐   No ☒

   c. Intentionally and severely injuring any person?    Yes ☐   No ☒

   d. Engaging in any kind of sexual contact or relations with any person who was being forced or threatened?    Yes ☐   No ☒

   e. Limiting or denying any person's ability to exercise religious beliefs?    Yes ☐   No ☒

15. Have you EVER:

   a. Served in, been a member of, assisted in, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerrilla group, militia, or insurgent organization?    Yes ☐   No ☒

   b. Served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons?    Yes ☐   No ☒

16. Have you EVER been a member of, assisted in, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so?    Yes ☐   No ☒

## Part 3.  Processing Information *(Continued)*

17. Have you EVER assisted or participated in selling or providing weapons to any person who to your knowledge used them against another person, or in transporting weapons to any person who to your knowledge used them against another person?  Yes ☐  No ☒

18. Have you EVER received any type of military, paramilitary, or weapons training?  Yes ☐  No ☒

## Part 4.  Accommodations for Individuals With Disabilities and/or Impairments *(See Page 7 of the instructions before completing this section.)*

Are you requesting an accommodation because of your disability(ies) and/or impairment(s)?  Yes ☐  No ☒

If you answered "Yes," check any applicable box:

☐ a.  I am deaf or hard of hearing and request the following accommodation(s) (if requesting a sign-language interpreter, indicate which language (e.g., American Sign Language)):

☐ b.  I am blind or sight-impaired and request the following accommodation(s):

☐ c.  I have another type of disability and/or impairment (describe the nature of your disability(ies) and/or impairment(s) and accommodation(s) you are requesting):

## Part 5.  Signature *(Read the information on penalties on Page 8 of the instructions before completing this section. You must file this application while in the United States.)*

### Your Registration With U.S. Citizenship and Immigration Services

"I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (INA), as an alien who has been or will be in the United States for more than 30 days, I am required to register with U.S. Citizenship and Immigration Services (USCIS). I understand and acknowledge that, under section 265 of the INA, I am required to provide USCIS with my current address and written notice of any change of address within 10 days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested, and removed from the United States."

### Selective Service Registration

The following applies to you if you are a male at least 18 years of age, but not yet 26 years of age, who is required to register with the Selective Service System: "I understand that my filing Form I-485 with U.S. Citizenship and Immigration Services (USCIS) authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth, and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached 26 years of age."

Form I-485 (Rev. 06/20/13) Y Page 5



**43**

**Part 5.  Signature** *(Continued)*

### Applicant's Statement *(Check one)*

[×] I can read and understand English, and I have read and understand each and every question and instruction on this form, as well as my answer to each question.

[ ] Each and every question and instruction on this form, as well as my answer to each question, has been read to me in the _____ language, a language in which I am fluent, by the person named in Interpreter's Statement and Signature. I understand each and every question and instruction on this form, as well as my answer to each question.

I certify, under penalty of perjury under the laws of the United States of America, that the information provided with this application is all true and correct. I certify also that I have not withheld any information that would affect the outcome of this application.

I authorize the release of any information from my records that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| Signature *(Applicant)* | Print Your Full Name | Date *(mm/dd/yyyy)* | Daytime Phone Number *(include area code)* |
|---|---|---|---|
|  | Si Chen | 06/20/2015 | ▓▓▓▓▓▓▓ |

**NOTE**: *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit, and this application may be denied.*

### Interpreter's Statement and Signature

I certify that I am fluent in English and the below-mentioned language.

**Language Used** *(language in which applicant is fluent)*

I further certify that I have read each and every question and instruction on this form, as well as the answer to each question, to this applicant in the above-mentioned language, and the applicant has understood each and every instruction and question on the form, as well as the answer to each question.

| Signature *(Interpreter)* | Print Your Full Name | Date *(mm/dd/yyyy)* | Phone Number *(include area code)* |
|---|---|---|---|
|  |  |  |  |

**Part 6.  Signature of Person Preparing Form, If Other Than Above**

I declare that I prepared this application at the request of the above applicant, and it is based on all information of which I have knowledge.

| Signature | Print Your Full Name | Date *(mm/dd/yyyy)* | Phone Number *(include area code)* |
|---|---|---|---|
|  |  |  |  |

| Firm Name and Address | E-Mail Address *(if any)* |
|---|---|
| J |  |

Form I-485 (Rev. 06/20/13) Y Page 6

## CERTIFICATE OF SERVICE

I, **CAREY P. CRONIN**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S SENTENCING POSITION**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By email, as follows:

☐ By Federal Express, as follows:

Leslie_DeLaTorre@cacp.uscourts.gov

This Certificate is executed on **September 17, 2018** at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

CAREY P. CRONIN
Legal Assistant