# EXHIBIT 1

**From:**     frances <frances@archangel-s.com>
**Sent:**     Friday, August 2, 2013 12:16 AM
**To:**       cathy@archangel-s.com
**Subject:**  Re: RE: [FWD: Re: purchase order #AS12N1F101FV3 from
              Archangel Systems SpaceInc.]

Hi Cathy,

Also forward the below to Yaakov.

As you mentioned that as Tigere don't change, datasheet is completely the same, but we can't accept it as a reason. As far as we know that for Laser Diode, there is a acceptable stochastic vibrating range for part of the specifications. Even though a Laser with fixed structure , wavelength and specification which are tested in different time may be different , which are definitely impossible to be the same. Moreover, there are some factors to affect the frequency accuracy , such as Driver circuit, The stability of the temperature control circuit, Performance of Laser Diode Source and the Structure of Built-in optical fiber. What's more, driver circuit and the temperature control circuit can monitor the PS Output, and control the magnitude of LD Input currents accurately to make sure that Frequency Accuracy won't be affected by PS Vibration. Therefore, PS stability problem leading to Frequency Accuracy Difference is incorrect .
We sincerely hope that you can find out the real reason , and rework and retest again. We are looking forward to the reasonable and real test report.

Frances

Exhibit 1:   Page 1 of 2

SC_00028030

| From: | <cathy@archangel-s.com> |
|---|---|
| Sent: | Friday, August 2, 2013 12:51 AM |
| To: | Yaakov <yshevy@orbitslightwave.com> |
| Cc: | Reginald Lee <rlee@orbitslightwave.com> |
| Subject: | RE: [FWD: Re: purchase order #AS12N1F101FV3 from Archangel Systems Space Inc.] |

Hi Dr. Shevy,

there is another issue need to point out:

As you mentioned that as Tigere don't change, data sheet is completely the same, but we can't accept it as a reason. As far as we know that for Laser Diode, there is a acceptable stochastic vibrating range for part of the specifications. Even though a Laser with fixed structure , wavelength and specification which are tested in different time may be different , which are definitely impossible to be the same. Moreover, there are some factors to affect the frequency accuracy , such as Driver circuit, The stability of the temperature control circuit, Performance of Laser Diode Source and the Structure of Built-in optical fiber. What's more, driver circuit and the temperature control circuit can monitor the PS Output, and control the magnitude of LD Input currents accurately to make sure that Frequency Accuracy won't be affected by PS Vibration. Therefore, PS stability problem leading to Frequency Accuracy Difference is incorrect .

We sincerely hope that you can find out the real reason , and rework and retest again. We are looking forward to the reasonable and real test report.

Please kindly take care of this issue at your earliest time tomorrow, and I still believe in your sincerity on this matter.

Best Regards,

*Cathy Chen*
Purchasing Manager
Direct Phone:626-283-4064
Archangel Systems Space,Inc.
9460 Telstar Ave. Suite 5,
El Monte,CA 91731

-------- Original Message --------

Subject: RE: [FWD: Re: purchase order #AS12N1F101FV3 from Archangel

Systems Space Inc.]

Exhibit 1:   Page 2 of 2

SC_00027994

# EXHIBIT 2

**From:** frances <frances@archangel-s.com>
**Sent:** Thursday, August 1, 2013 8:44 PM
**To:** cathy@archangel-s.com
**Subject:** Re: RE: [FWD: Re: purchase order #AS12N1F101FV3 from Archangel Systems SpaceInc.]

Hi Cathy,

Pls forward the following words to Yaakov.

PZT voltage and PS is not a factor that affects the frequency accuracy. We can not accept your explanation that the wide frequency accuracy range is caused by the different PZT's test voltage.

Frances

Exhibit 2:   Page 1 of 2

SC_000280

| From: | <cathy@archangel-s.com> |
| Sent: | Thursday, August 1, 2013 10:41 PM |
| To: | Yaakov <yshevy@orbitslightwave.com> |
| Cc: | Reginald Lee <rlee@orbitslightwave.com> |
| Subject: | RE: [FWD: Re: purchase order #AS12N1F101FV3 from Archangel Systems Space Inc.] |

Hi Dr. Shevy,

After forward your explanation to our engineers, i just get a response as: PZT voltage and PS is not a factor that affects the frequency accuracy. They can not accept your explanation that the wide frequency accuracy range is caused by the different PZT's test voltage.

Since this is a speciality area issue, I have to according theirs opinion; and need you support me on debug the laser under our request.


Best Regards,

*Cathy Chen*
Purchasing Manager
Direct Phone:626-283-4064
Archangel Systems Space,Inc.
9460 Telstar Ave. Suite 5,
El Monte,CA 91731



-------- Original Message --------

Subject: RE: [FWD: Re: purchase order #AS12N1F101FV3 from Archangel

Systems Space Inc.]

From: <cathy@archangel-s.com>

Date: Thu, August 01, 2013 3:57 pm

To: "Yaakov" <yshevy@orbitslightwave.com>

Cc: "Reginald Lee" <rlee@orbitslightwave.com>


Hi Dr. Shevy,

Thanks for working on the debug, please kindly let us know after the PS problem been fixed, and resend us necessary reports for our engineers' review.

Exhibit 2:   Page 2 of 2

EXHIBIT 3

**From:** <cathy@archangel-s.com>
**Sent:** Saturday, August 17, 2013 9:56 AM
**To:** c.si.china <c.si.china@hotmail.com>
**Subject:** [FWD: Fw: Re: Re: [FWD: Re: RFQ]]

Best Regards,

*Cathy Chen*
Purchasing Manager
Direct Phone:626-283-4064
Archangel Systems Space,Inc.
9460 Telstar Ave. Suite 5,
El Monte,CA 91731

-------- Original Message --------

Subject: Fwd: Fw: Re: Re: [FWD: Re: RFQ]

From: si chen <celiachen.2010@gmail.com>

Date: Mon, April 01, 2013 12:24 pm

To: cathy@archangel-s.com

---------- Forwarded message ----------
From: **frances** <frances@archangel-s.com>
Date: Mon, Mar 25, 2013 at 4:22 PM
Subject: Fw: Re: Re: [FWD: Re: RFQ]
To: si chen <celiachen.2010@gmail.com>

Celia,

我们买了两个货，生产厂家是美国的http://www.ETH-175-1552.12-2-PZ30-SL130-T-SMF 2PCS

http://www.orbitslightwave.com/

但是他们的产品，产品技术资料DATA SHEET里写的精准度是±0.02According to the data sheet,ETH-175-1552.12-2(Stand for ±0.02 )-PZ30-T-SL130,but但是货号（ S/N:M10-1332)显示精准度是shows ±0.08，这很明显是一个不合格产品。第二点，产品应该是30dB,但实际收到的货是10dB.

请帮忙给他们打个电话，把这个事情问下，他们到底如何解决。因为DATASHEET是产品目录，既然DATA SHEET上面已经显示的内容，是有法律效应的。

Exhibit 3:   Page 1 of 5

跟他们谈判让他们把我们收到的两个货中的一个货，退回去，修好再给我们。

我这边的采购信息是：
型号 PART NO.: ETH-175-1552.12-2-PZ30-SL130-T-SMF　数量QUANTITY: 2PCS　产品名称：
Ethernal™ SlowLight™ lasers
货物技术资料如这个链接
http://www.orbitslightwave.com/assets/pdf/Etherna_SlowLight_Lasers.pdf

采购人的名字：Frances Loomis

公司名称：Archangel Systems Space,Inc
Tel:+1-626-5138412
Address:9460 Suite 5,Telstar,El Monte,CA 91731,

厂家的信息是：

联络人：Dr. Yaakov Shevy, President and CEO

Orbits Lightwave, Inc.
41 S. Chester Ave.
Pasadena, Ca 91106
email: yshevy@orbitslightwave.com
Tel: 626 513 7400 ext 101
Cell: 626 394 2744


2013-03-26

frances

发件人：frances
发送时间：2013-01-12 01:35:20
收件人：Yaakov
抄送：Reginald Lee
主题：Re: Re: [FWD: Re: RFQ]

Hi Yaakov,

1. why you cannot support PZ30?Your data sheet has the PZ30 option.Our order shows we need PZ30,30dB.
2.From your data sheet,0.02nm accuracy is for PZT range and our order is PZT.

Please give the solution as soon as you can today.

Regards,

Frances


**From**：Yaakov
**Sent**：2013-01-09 09:04:04
**To**：frances@archangel-s.com
**CC**：Reginald Lee
**Subject**：Re; [FWD; Re; RFQ]
HI Frances

Exhibit 3:　Page 2 of 5

SC_00026158

Sorry for the delay in responding to you, as I just ams back to the office.

1.I checked our order confirmation and the laser was supposed to be PZ10B as we don't offer pZ30 but for 1.06 micron lasers.

2.The 0.02nm accuracy is within the PZT range.

3.Our standard data sheet provides the FM noise spectrum which is the most accurate description of the laser lineshap and frequency stability

Best Regards
Yaakov

**From:** <frances@archangel-s.com>
**Date:** Wednesday, January 9, 2013 7:40 AM
**To:** Yaakov <yshevy@orbitslightwave.com>
**Cc:** <rlee@orbitslightwave.com>
**Subject:** RE: [FWD: Re: RFQ]

Hi Yaakov,

Urgent to get your reply for the below questions.

See our order attached.
We have some questions about the model you shipped.

1. Our order PZT Range request is PZ30,the part shipped is PZ10
2. According to the data sheet,ETH-175-1552.12-2(Stand for ±0.02 )-PZ30-T-SL130,but S/N:M10-1332 shows ±0.08
3. The test data hasn't shown line width graph and frequency stability graph.These two graph is important for us.

Please help confirm the above.

Thank you.

Frances Loomis

Exhibit 3:   Page 3 of 5

SC_00026159

>> laser is $7,500.
>> A new laser with PZ20B option price is $29,500
>> Best Regards
>> Yaakov
>>
>> From: <cathy@archangel-s.com ><mailto:cathy@archangel-
s.com>>
>> Date: Tuesday, April 2, 2013 3:14 PM
>> To: Yaakov <yshevy@orbitslightwave.com
>> <mailto:yshevy@orbitslightwave.com>>
>> Subject: RE: purchase order #AS12N1F101FV3 from Archangel
>> Systems Space Inc.
>>
>> Hi Dr. Shevy,
>> Per our conversation, please kindly send me details
>> regarding the two options which you can provide.
>> We are expecting to drop the problem as soon as possible
>> and open a new page with you.
>>
>> Best Regards,
>> /Cathy Chen/
>> Purchasing Manager
>> Direct Phone:626-283-4064
>> Archangel Systems Space,Inc.
>> 9460 Telstar Ave. Suite 5,
>> El Monte,CA 91731
>>
>> -------- Original Message --------
>> Subject: purchase order #AS12N1F101FV3 from Archangel
>> Systems Space
>> Inc.
>> From: <cathy@archangel-s.com
>><mailto:cathy@archangel-s.com>>
>> Date: Mon, April 01, 2013 2:34 pm
>> To: yshevy@orbitslightwave.com
>> <mailto:yshevy@orbitslightwave.com>
>>
>> Good afternoon, Dr. Shevy,
>> I apologize on calling you when you are driving, and
>> appreciate your time.
>> There are two problems need your assist:
>> First of all, the Frequency Accuracy shown on test date
>> of S/N: M10-1332 is _+_0.08, which is different from our
>> purchase order #AS12N1F101FV3, _+_0.02. We want to ship
>> it back and let you debug it for us; due to it is not
>> acceptable by our engineer.
>> Secondly, we were making a mistake on ordering the
>> equipment with PZT tuning range PZ30, then are that
>> possible to adjust it to PZ20 as which you are offering?
>> Please kindly let me know if it is compatible.
>> We will cover all expenses on returning equipment back
>> for debugging.
>>
>> Thanks again for your time and kindly understanding,
>> talk to you soon~
>> Best Regards,
>> /Cathy Chen/
>> Purchasing Manager
>> Direct Phone:626-283-4064

Exhibit 3:   Page 4 of 5

SC_00028061

>> Inc.
>> From: Yaakov <yshevy@orbitslightwave.com
>> <mailto:yshevy@orbitslightwave.com>>
>> Date: Tue, April 02, 2013 6:34 pm
>> To: <cathy@archangel-s.com ><mailto:cathy@archangel-s.com>>
>>
>> Dear Cathy
>> The −2 option means the laser frequency is within ±3GHZ from
>> the target with the proper temperature and PZT voltage.
>> Module M10-1332 can achieve this as can be seen in the revised
>> data sheet under the following new conditions:
>> Frequency accuracy ±0.01 nm @ V(PZT) = 100V
>> Test operating temperature (case | laser) RT 41 ºC
>> Recommended operating point 114 bit 120 bit max
>>
>> Thanks
>> Yaakov
>>
>>
>>
>> From: <cathy@archangel-s.com ><mailto:cathy@archangel-s.com>>
>> Date: Tuesday, April 2, 2013 5:28 PM
>> To: Yaakov <yshevy@orbitslightwave.com
>> <mailto:yshevy@orbitslightwave.com>>
>> Subject: RE: purchase order #AS12N1F101FV3 from Archangel
>> Systems Space Inc.
>>
>> Hi Dr. Shevy,
>> We don't believe the advise data sheet can debug the equipment
>> to _+_0.02.
>> We would like to ship it back and let you debug it, due to we
>> are ordering equipment with frequency accuracy of _+_0.02, but
>> receiving as _+_0.08.
>>
>> Best Regards,
>> /Cathy Chen/
>> Purchasing Manager
>> Direct Phone:626-283-4064
>> Archangel Systems Space,Inc.
>> 9460 Telstar Ave. Suite 5,
>> El Monte,CA 91731
>>
>> -------- Original Message --------
>> Subject: Re: purchase order #AS12N1F101FV3 from Archangel
>> Systems Space
>> Inc.
>> From: Yaakov <yshevy@orbitslightwave.com
>> <mailto:yshevy@orbitslightwave.com>>
>> Date: Tue, April 02, 2013 4:48 pm
>> To: <cathy@archangel-s.com ><mailto:cathy@archangel-s.com>>
>>
>> Hi Cathy
>> Please find attached the revised data sheet for module
>> M10-1332 @ pZT operating voltage of 100V the accuracy is
>> <0.01nm.
>> We can develop >20GHz tuning at 1550nm range but the lasers
>> you have now need to be replaced.
>> The NRE charge will be $10,000 and the upgrade for each

Exhibit 3:   Page 5 of 5

SC_00028060

# EXHIBIT 4

| | |
|---|---|
| **From:** | <cathy@archangel-s.com> |
| **Sent:** | Wednesday, April 3, 2013 11:03 AM |
| **To:** | frances <frances@archangel-s.com> |
| **Subject:** | [FWD: Re: purchase order #AS12N1F101FV3 from Archangel Systems Space Inc.] |
| **Attach:** | M1332spec-1[1][2].pdf |

Hi Frances,

Please kindly read below email from Dr. Shevy on explaining how will the advised data sheet work.

His words are too professional to me in order to this is not my field. It will be much easier if you can forward it to your engineer for understanding.

Best Regards,

*Cathy Chen*

Purchasing Manager

Direct Phone:626-283-4064

Archangel Systems Space,Inc.
9460 Telstar Ave. Suite 5,

El Monte,CA 91731

-------- Original Message --------
Subject: Re: purchase order #AS12N1F101FV3 from Archangel Systems Space Inc.
From: Yaakov <yshevy@orbitslightwave.com>
Date: Tue, April 02, 2013 6:34 pm
To: <cathy@archangel-s.com>

Dear Cathy

The −2 option means the laser frequency is within ±3GHZ from the target with the proper

Exhibit 4:   Page 1 of 1          SC_00028926

# EXHIBIT 5

LSS T# 468409

[ ] = Translator's note
Italicized = Non-Chinese-characters
[PH] = Phonetic Rendering

Si Chen
_____

From:     <maggie@star-ai.com>
Date:     Saturday, February 28, 2015 6:58 PM
To:       "陈思" <c.si.china@hotmail.com>
Attach:   英國OFFICE房租及手机费.png
Subject:  转账底单

| | |
|---|---|
| *To:* | "CHEN Si" *c.si.china@hotmail.com* |
| *Attach:* | Rent for the *OFFICE* in the U.S. and cellphone expense.*png* |
| *Subject:* | Copy of the remittance |

2015-03-01

maggie@star-ai.com

发件人： 陈思
发送时间： 2014-12-15  08:51:41
收件人： maggie@star-ai.com
抄送：
主题：  FW: 账号是这个

| | |
|---|---|
| *From:* | CHEN Si |
| *Date:* | *2014-12-15  08:51:41* |
| *To:* | *Maggie@star-ai.com* |
| *Cc:* | |
| Subject: | *FW: This is the account number* |

From: c.si.china@hotmail.com
To: maggie@star-ai.com
Subject: 账号是这个
Date: Tue, 26 Aug 2014 10:25:09 +0800

Date: Thu, 2 Jan 2014 17:11:26 +0800
From: maggie@star-ai.com
To: celiachen.2010@gmail.com
CC: c.si.china@hotmail.com
Subject: Re: Re: Greetings from Celia

转账金额：     1,500.00 元 （壹仟伍佰元整）
收款方开户行：  中信银行（默认接入点）
收款方户名：    蔡素芬
收款方账号：    6226962900570165
备注：         快递费
到账模式：      实时到账模式
到账时间(仅供参考)：  实时到账

手续费(仅供参考，以实际扣收为准)：  0.00 元

| | |
|---|---|
| Remittance Amount: | 1,500 Yuan (One Thousand Five Hundred Even) |
| Recipient's Branch: | China CITIC Bank (Default access point) |
| Recipient's Name: | CAI Sufen |
| Recipient's Account #: | 6226962900570165 |
| Notes: | Express delivery fee |
| Method of Arrival: | Time-stamp transfer model |
| Arrival Time (for reference only): | Time-stamp transfer |

Fees (for reference only, based on the actual deduction): 0.00 Yuan

Exhibit 5:   Page 1 of 5

LSS T# 468409

[  ] = Translator's note
Italicized = Non-Chinese-characters
[PH] = Phonetic Rendering

转账金额：　　　　　23,400.00 元（贰万叁仟肆佰元整）
收款方开户行：　　　中信银行(默认接入点)
收款户名：　　　　　蔡素芬
收款方账号：　　　　6226962900570165
备注：　　　　　　　2015.2-2015.9美国OFFICE房租及手机费
到账模式：　　　　　实时到账模式
到账时间(仅供参考)：　实时到账

手续费(仅供参考,以实际扣收为准)：　0.00 元

| | |
|---|---|
| Remittance Amount: | 23,400.00 Yuan (Twenty-three Thousand Four Hundred Even) |
| Recipient's Branch: | China CITIC Bank (Default access point) |
| Recipient's Name: | CAI Sufen |
| Recipient's Account #: | 6226962900570165 |
| Notes: | 2015.2-2015.9 Rent for the *OFFICE* in the U.S. and the cellphone expense |
| Method of Arrival: | Time-stamp transfer model |
| Arrival Time (for reference only): | Time-stamp transfer |

Fees (for reference only, based on the actual deduction): 0.00 Yuan

Exhibit 5:   Page 2 of 5

Si Chen
_____

From:       <maggie@star-ai.com>
Date:       Saturday, February 28, 2015 6:58 PM
To:         "陈思" <c.si.china@hotmail.com>
Attach:     英国OFFICE房租及手机费.png
Subject:    转账底单

2015-03-01

maggie@star-ai.com

发件人：  陈思
发送时间：  2014-12-15  08:51:41
收件人：  maggie@star-ai.com
抄送：
主题：  FW: 账号是这个

From: c.si.china@hotmail.com
To: maggie@star-ai.com
Subject: 账号是这个
Date: Tue, 26 Aug 2014 10:25:09 +0800

Date: Thu, 2 Jan 2014 17:11:26 +0800
From: maggie@star-ai.com
To: cellachen.2010@gmail.com
CC: c.si.china@hotmail.com
Subject: Re: Re: Greetings from Celia

转账金额：            1,500.00 元 （壹仟伍佰元整）
收款方开户行：        中信银行(默认接入点)
收款方户名：          蔡素芬
收款方账号：          6226962900570165
备注：                快递费
到账模式：            实时到账模式
到账时间(仅供参考)：  实时到账

手续费(仅供参考,以实际扣收为准)：  0.00 元

Exhibit 5:   Page 3 of 5

转账金额：23,400.00 元（贰万叁仟肆佰元整）

收款方开户行：中信银行（默认收入转入点）

收款方户名：蔡嘉芬

收款方帐号：6226962900570165

备注：2015.2-2015.9美国OFFICE房租及手机费

到帐模式：实时到帐

到帐时间（仅供参考）：实时到帐

手续费（仅供参考，以实际扣收为准）：0.00 元

Exhibit 5:  Page 4 of 5



# U.S. Citizenship and Immigration Services
## Language Services Section
26 Federal Plaza, Room 506
New York, NY 10278
Tel: (212) 264-6831
Fax: (212) 264-2622

---

## CERTIFICATE OF TRANSLATION

I, Sky Yeung, am competent to translate from Chinese into English, and certify that the ☒ full / ☐ summary translation of the attached document is true and accurate to the best of my abilities.

Translation Number: 468409

A Number: N/A

_____
(Signature of Translator)

11-04/2016
(Date)

Exhibit 5:   Page 5 of 5

# EXHIBIT 6

**From:** 陈思 <c.si.china@hotmail.com>
**Sent:** Wednesday, September 10, 2014 8:06 PM
**To:** maggie@star-ai.com
**Subject:** RE: 两个快递包裹 请签收

Ok, thanks for your understanding~

---

Date: Thu, 11 Sep 2014 10:54:57 +0800
From: maggie@star-ai.com
To: c.si.china@hotmail.com
Subject: Re: RE: 两个快递包裹 请签收

Hi Cecilia,

Thank you so much for your effort first.

Ending Balance  $521.72------Agree to buy the new phone and SIM.Please use the rest money to buy.

" OK for building manager to sign", ---It is hard to let the vendor to write down that.As they will think this company has some problem.
I will try to get the tracking No. before it is coming and will let you know.

Regards,

Maggie Xing

发件人：陈思
发送时间：2014-09-11  10:48:14
收件人：maggie@star-ai.com
抄送：
主题：  RE: 两个快递包裹 请签收
Hi Maggie,

Balance as below:

Beginning Balance  $5200

-1st month office lease  $422.55
-2nd-6th months' office lease $576.2*5=$2881
-Deposit  $1000
-Money Order exchange fee $15
-Paid to UPS Broker for package from Germany $359.73

Ending Balance  $521.72

Exhibit 6:   Page 1 of 2

Subject to Protective Order

SC_0008149

Start from yesterday, the new office address can be use as 300 South Park Ave, Pomona, CA, 91766. Please kindly let me know ahead if there is any package coming, if it is possible, please let senders mark packages as " OK for building manager to sign", and the building manager or security people will help us sign and hold packages.

And there is another thing would like to discuss with you, since I need another phone number to leave as " Chun Ping Ji" to building manager and other related parties example as UPS and Fedex, because my current phone number is binding with my SSN and real name. When I sign the agreement for the office I left a nonsense number to them, I guess they will find it some day very soon, because they will call me and let me know if there is any package coming and they signed.

It will be better to have a prepaid SIM card with about $35 monthly fee without ID providing and a phone as well.

Please kindly let me know if you have any idea regarding this issue.

Best Regards,
Cecilia

---

Date: Wed, 27 Aug 2014 15:27:35 +0800
From: maggie@star-ai.com
To: c.si.china@hotmail.com
Subject: 两个快递包裹请签收

第一个到货的：
noisewave的货已发出， 运单号为Fed Ex Ground tracking# 7709 1332 7531，请注意查收。收货地址：
61 HUNTER POINT ROAD
POMONA, CA 91766

第二个：

德国发的货   1Z8325116795738565  UPS

9460 TELSTAR AVE SUITE 5-A
EL MONTE CA 917312904

我已经通知供应商改地址到你家的地址，请打电话问下UPS看是否改了。
如果没有，UPS是否可以电话中改到你家。
如果不能，请通知我，我来联络供应商给快递公司改地址。

Exhibit 6:   Page 2 of 2

# EXHIBIT 7

**From:**      陈思 <c.si.china@hotmail.com>
**Sent:**      Saturday, October 4, 2014 12:17 PM
**To:**        maggie@star-ai.com
**Subject:**   RE: New phone number can public

Hi Maggie,
Below is the update of your balance:

Beginning Balance: $114.66
+Wired in:          $26,000.00
-Wire in charge:    $16
-Wired out:         $25,778.00
-Wire out charge:   $30
Ending Balance:     $290.66

Best Regards,
Celia

From: c.si.china@hotmail.com
To: maggie@star-ai.com
Subject: New phone number can public
Date: Mon, 15 Sep 2014 06:56:58 +0800

Hi Maggie,

619-386-7864 is the number for Archangel Systems Space or any department as needed, there is no contract signed with this number, so it is pretty safe. This number will cost $35 per month, but only have 100 mins limit per month.
626-283-7324, my personal phone number, is still available for you, but not for other parties. If you want to talk to me, this number is better, because it has unlimited mins.

Balance as below:
Beginning Balance : $521.72
-New phone:   $323.99
-SIM card and 2 months payment plus activation fee: $83.07
Ending Balance : $114.66

Please kindly let me know if there is any package coming to new office.

Best Regards,
Cecilia

Exhibit 7:   Page 1 of 1

Subject to Protective Order                    SC_00076863

# EXHIBIT 8

| | |
|---|---|
| **From:** | <frances@archangel-s.com> |
| **Sent:** | Friday, May 31, 2013 1:01 AM |
| **To:** | ydeiss <ydeiss@keopsys.com> |
| **Subject:** | RE: INVOICE FOR PAYMENT |

Hello Yves,

I promise you have received our payment,pls check and ship the parts today if you recieve.

Thank you

Maggie

-------- Original Message --------

Subject: RE: INVOICE FOR PAYMENT

From: <frances@archangel-s.com>

Date: Thu, May 30, 2013 9:39 am

To: ydeiss@keopsys.com

Hello Yves,
We have transferred the payment usd17800.Pls check and make the shippment today or
tomorrow if you receive the payment.
Thank you
Frances Loomis

-------- Original Message --------
Subject: Re: INVOICE FOR PAYMENT
From: Yves Deiss - Keopsys <ydeiss@keopsys.com>
Date: Tue, May 28, 2013 7:16 am
To: frances <frances@archangel-s.com>

Hello Frances,

We agreed on advance payments with Archangel: please proceed with wire transfer as
agreed or I will not be able to send out the modulators.

Sincerely,

Yves

On 5/28/2013 9:30 AM, frances wrote:

Hello Yves,

Exhibit 8:   Page \_1\_ of \_1\_

# EXHIBIT 9

**From:** maggie@star-ai.com
**Sent:** Wednesday, November 26, 2014 6:43 PM
**To:** 陈思 <c.si.china@hotmail.com>
**Subject:** IMPORTANT TRACKING FOR EQUIPMENT

这个是我跟你讲的那个非常重要的货，已经发出来了。请这几天注意查收。Tacking No 是 SN1400848 或者PN126306-2，查询网址是 http://imaplogistics.efstms.com/Main/Contact
工厂预估派件时间为14年12月1日。具体有下面工厂发给我们的物流的信息。

| | | | | | Class Calculator |
|---|---|---|---|---|---|
| Shipment Information | | | | | **Track Your Shipment** |
| | | | | | SN1400848     Search |
| Date | Status | User | Shipment Info | | |
| 11/26/2014 12:25 AM | Status changed from Dispatched for Pickup to In Route to Destination | Rusty Waterhouse | Carrier | | |
| | | | Pro Number: | | |
| | | | Shipper Reference | 1263-1 / SN1400848 / PN126306-2 | |
| | | | Customer PO#: | ASS14F02263 | |
| | | | Origin State | TX | |
| | | | Pickup Date: | 11/25/2014 8:00:00 AM | |
| | | | Destination State: | CA | |
| | | | Estimated Delivery: | 11/29/2014 8:00 AM | |

For more detail and to search multiple shipments please login

**From:** Pam
**Date:** 2014-11-27 02:22
**To:** julia@archangel-s.com
**Subject:** invoice 1263-1

Hi Julia:

Attached please find our invoice for $116,327.50  which includes shipping charges, for your P.O. # ASS14F02263

attached also is a copy of the shipping information.  We shipped through IMAP, the BL# 1181080.

Rusty Waterhouse is our contact at IMAP
His email is rwaterhouse@imapgl.com.

The Estimated time for delivery of your unit is 12/01/14 .

If you need anything else please let me know.

Happy Thanksgiving! ☺

Pam O'Bannon
Applied Systems Engineering, Inc.
Accounting Department

Phone: 817 249-4180
Fax:     817 249-3413

Exhibit 9:   Page 1 of 1

Subject to Protective Order

# EXHIBIT 10

From:        maggie@star-ai.com
Sent:        Tuesday, March 17, 2015 1:48 AM
To:          陈思 <c.si.china@hotmail.com>
Subject:     Re: Fw: Fwd: Your Avnet USI Order# 367852 Has Been Shipped

---

DHL 952560531(Holder name:Century Electrtonic International CO.,Ltd)
收到货后于明天下午三点前用DHL寄出，19号，我在香港就可以收到了。寄件地址等信息和以前一样。

公司名称:CENTURY ELECTRONIC INTERNATIONAL CO.,LTD
地址: Room 1501, Grand Millennium Plaza (Lower Block), 181 Queen's Road Central, HONG KONG
国家那里一定填HONG KONG，不然会到国内再回到香港，需要三周
电话：+852-21527388
CONTACT:MS. SUE


maggie@star-ai.com


From: maggie@star-ai.com
Date: 2015-03-17 13:21
To: c.si.china
Subject: Fw: Fwd: Your Avnet USI Order# 367852 Has Been Shipped

tracking No. as the attached invoice.Thank you.Celia


maggie@star-ai.com


From: Yoram Attoun
Date: 2015-03-17 06:21
To: maggie@star-ai.com
Subject: Fwd: Your Avnet USI Order# 367852 Has Been Shipped

הודעה שהועברה ------ ------
מאת: warehouse@avnetusi.com
תאריך: 16 במרץ 2015 22:47
נושא: Your Avnet USI Order# 367852 Has Been Shipped
אל: yoram@speedc.co.il
עותק:

Exhibit 10:   Page 1 of 2

> <html>Your Avnet USI Order# 367852 has been shipped.  Please see details on the
attached PDF Packing Slip.  Please do not reply to this email as it is auto-generated.
Please send any questions back to your Avnet USI Sales Representative.  Thank you for
your business and have a great day!</html>

Subject to Protective Order

SC_00083161

**Rough translation of Exhibit 10:**

"Country has to be filled as 'Hong Kong', or the package will arrive in China first, and will have to be transferred to Hong Kong and it will take three weeks."

# EXHIBIT 11



SC_00001644

**Rough translation of Exhibit 11:**

"Please send me the document or link which prove that this is legal to export to Hong Kong."

Maggie responds, "I will send you additional proof tomorrow morning."

Exhibit 11:   Page 2 of 2

# EXHIBIT 12

| | |
|---|---|
| **From:** | Gene Geraci <GeneG@atmmicrowave.com> |
| **Sent:** | Thursday, July 10, 2014 2:07 PM |
| **To:** | julia@archangel-s.com |
| **Cc:** | Gene Geraci <GeneG@atmmicrowave.com>; THORSONSOCAL REDDOCH <thorsonsocal@msn.com>; Nina Lavrova <NinaL@atmmicrowave.com>; quotegroup <quotegroup@atmmicrowave.com> |
| **Subject:** | FW: [FWD: RFQ from Archangel] |

**Hello Julia,**

**Based upon this being used for domestic USA market, here is your quote;**

Part One:    T50024EF        4pcs

| ModelTable | | | | | | |
|---|---|---|---|---|---|---|
| ModelNo | UnitPrice | Delivery | DescriptionElec | FreqRange | FlangeConnector | ProductName |
| T50024EF | $820.00 | 6-8 Weeks | 500W Termination/Load, POWER: 500 watts, 5kW peak | 2.0-8.0 GHz | TYPE N-female | TERM, COAX |

Part Two:    P1103        1pc

| ModelTable | | | | | | |
|---|---|---|---|---|---|---|
| ModelNo | UnitPrice | Delivery | DescriptionElec | FreqRange | FlangeConnector | ProductName |
| P1103 | $520.00 | Stock or 6-8 Weeks | PHASE: 0-360° @1.0GHz ; VSWR: 1.3 to 1.0GHz, 1.5 to 2.5GHz ; IL: 0.5dB to 1.0GHz, 0.75dB to 2.5GHz | DC-2.5 GHz | SMA-f | Phase Shifter, Coax |

Part Three:  112-255a-2      2pcs

| ModelTable | | | | | | |
|---|---|---|---|---|---|---|
| ModelNo | UnitPrice | Delivery | DescriptionElec | FreqRange | FlangeConnector | ProductName |
| 112-255A-2 | $270.00 | 6-8 Weeks | WR112 ALUM, WG to Coax Adapter with TNC-female connector, 200W | 7.05-10.0 GHz | 1ea CPR112F & 1ea TNC-female | ADAPT, WG-Coax |

Part Four:    P1506D        2 pcs

| ModelTable | | | | | | |
|---|---|---|---|---|---|---|
| ModelNo | UnitPrice | Delivery | DescriptionElec | FreqRange | FlangeConnector | ProductName |
| P1506D | $400.00 | 4-6 Weeks | PHASE: 60°/GHz ; VSWR: 1.5max ; IL: 0.7dB max ;with Turns Counting Dial Option | DC-12.7 GHz | SMA-f | Phase Shifter, Coax |

**PRICING**

**All Prices shown are 1-9pcs,**

**All prices FOB ATM USA, Patchogue, New York, USA**

Exhibit 12:    Page ꞁ of ꞁ

**MINIMUM ORDER:    $200 minimum**

**DELIVERY:**

**Delivery is as indicated above; let me know if you need better.**

# EXHIBIT 13

| From: | Ron Garden <ron.garden@optoalignment.com> |
| Sent: | Friday, February 6, 2015 7:11 AM |
| To: | julia@archangel-s.com |
| Subject: | RE: Quote Request |

Hi Julia,

It should be weeks. Sorry about that.

The domestic sales price for the LCS-002 is $3,785.

Regards,
Ron

**From:** julia@archangel-s.com [mailto:julia@archangel-s.com]
**Sent:** Friday, February 06, 2015 10:01 AM
**To:** Ron Garden
**Subject:** RE: Quote Request

Hi Ron,
Shipping is 16 to 18 days or weeks?

I demand LCS002 too. Please let me know its price.

Best Regards
Julia Davis
(626) 340 4480

Archangel Systems Space, Inc

9460 Suite 5, Telstar, EL Monte, CA 91731, USA

-------- Original Message --------
Subject: RE: Quote Request
From: "Ron Garden" <ron.garden@optoalignment.com>
Date: Fri, February 06, 2015 2:18 pm
To: <julia@archangel-s.com>

Hi Julia,

Our price for the LAS-LS RD12 system as requested below is $120,550. This does not include Installation and Training at the customer facility which would be an additional $4,480. Shipping is 16 to 18 ARO.

We should generate and sign an NDA if additional information is required.

Best Regards,

<p style="text-align:center">Exhibit 13:   Page 1 of 1</p>

SC_00013748