# EXHIBIT 14



**Ward/Davis Associates**

2623 Manhattan Beach Blvd., Redondo Beach, CA  90278
Phone: (310) 643-6977 Fax: (310) 643-6035
www.warddavis.com

| PURCHASE ORDER INSTRUCTIONS |
|---|
| Issue PO to: |
| **API WEINSCHEL** |
| 5305 Spectrum Drive |
| Frederick, MD  21703-7362 |
| Email PO to:  socalsales@warddavis.com |

# Quotation

**Date:**  **August 13, 2015**

| To: | Archangel Systems Space, Inc. | Phone: | (626) 340-4480 |
|---|---|---|---|
|  | 300 S. Park Ave. | Email: | julia@archangel-s.com |
|  | Pomona, CA 91766 | Customer Reference: | Email |
| Attn: | Julia Davis |  |  |
| WDA Quote Reference: | PL-MD-WEI-ARC-JD1 | Terms: | Net 30 days, subject to credit approval |
| Revision: | 0 | Valid for: | 30 days |
| Sales Rep: | Peter Lyon | FOB: | Frederick, MD |
| Cell Phone: | (310) 367-8541 | Quoted by: | Michelle Dawdy |

*Ward/Davis Associates is pleased to quote the following items:*

| Item | Qty | Description | Delivery | Unit Price | Total |
|---|---|---|---|---|---|
|  |  | **API WEINSCHEL** |  |  |  |
| 1 | 2 | **48-30-43:** FIXED ATTENUATORS, Type N, 30dB, dc-18.0 GHz 100 W | 30 days ARO | $   565.00 | $   1,130.00 |
| 2 | 1 | **1456-3:** TERMINATIONS, Type N, F, dc-3.0 GHz 1000W | 45 days ARO | $ 2,082.00 | $   2,082.00 |
| 3 | 1 | **1456-4:** TERMINATIONS, Type N, M, dc-3.0 GHz 1000W | " | $ 2,082.00 | $   2,082.00 |

NOTE1: Prices quoted are for products with the ultimate destination within the United States.  If the product's ultimate destination is outside of the U.S., this quotation is void.  Please contact API Weinschel at (800) 638-2048 for correct pricing.
NOTE2:  API Weinschel Standard Terms and Conditions of Sale: http://customers.apitech.com/SA_terms.pdf

| | | | | Total: | $   5,294.00 |

Exhibit 14:   Page 1 of 1

Page 1 of 1
SC_00007523

# EXHIBIT 15

| | |
|---|---|
| **From:** | Ben Romo <ben@vabyonamerica.com> |
| **Sent:** | Thursday, July 23, 2015 7:08 PM |
| **To:** | julia@archangel-s.com |
| **Subject:** | Re: Follow up Quote # 213627 |
| **Attach:** | Quote- #213627.pdf |

Dear Julia,

The extension on the attached quotation will expire in our system by Monday July 27th.
Please let me know if you have taken your decision on this part yet or no.

Best Regards,

**Ben Romo**
Sales Representative

**Vabyon America Inc.**
5101 E. La Palma Ave, Anaheim, CA 92807
Phone: 888-418-1158   Fax: 909-494-4001
Ben@VabyonAmerica.com     www.vabyonamerica.com

IMPORTANT CONFIDENTIAL AND PRIVILEGED INFORMATION: This message is being sent by or on behalf of Vabyon America Inc. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. This email may contain technical data, subject to ITAR regulations. Anyone receiving this email is responsible for recognizing, handling, and properly transmitting ITAR data that may appear herein. This email and any files transmitted with it may be proprietary and are intended solely for the use of the individual or entity to whom they are addressed. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Ben Romo [mailto:ben@vabyonamerica.com]
**Sent:** Thursday, July 16, 2015 12:23 PM
**To:** 'julia@archangel-s.com'
**Subject:** RE: [FWD: RE: PA51M/883(5962-B762002YA) 53 pcs]

Hello Julia,

Thank you for your email. I went back to Apex and they gave us a really good discount but only if your order is placed by tomorrow Friday.
I have also applied my management discount coupon, local California business discount (as you are based in Pomona), and lastly our first time doing business discount as well.
The best I could get the price lower is to $229.64 each. Please take in consideration my efforts and meet me in the middle so we can both start a good long business relationship. Personally, this is the lowest price I've ever seen for these parts.
I hope you can understand my situation about pricing and make some efforts from your side as well.
I am at your service if you need anything else or any other parts if we can't do business on these parts.

Best Regards,

Exhibit 15:   Page \_\_ of \_\_

SC_00008071

# EXHIBIT 16

| From: | Mike Geraci <MikeG@atmmicrowave.com> |
| Sent: | Monday, April 13, 2015 8:05 AM |
| To: | Peterson, Matthew L |
| Cc: | Mary Wright |
| Subject: | FW: Request for Records |
| Attachments: | ATM_2015_Apr10 - Apr 10, 2015, 6-47 PM.PDF; IMG_1402.JPG; Archangel PO# ASS14J0730.pdf; Archangel RMA 150212.pdf; archangle credit app.pdf; archangel payment.pdf; quote confirmed used in States.pdf |

Hello Matt

The P/N you are asking about was part of a much larger order (their first order with ATM),  please see the attached PDF file PO ASS14J0730 it has the original email request for quote, Packing list and Invoice. This item was later returned for repair, see attached paperwork for the repair.

As a first time customer we checked if for export and were told the products were for use in the States. Based on this they were quoted US domestic pricing and treated as a new US California account.

As a new customer we run a credit check and application see attached, and based on the size of the order and reference info we rec'd we declined open account and requested payment in advance. Payment was rec'd by wire see attached. The US list price for this item is $520 and was discounted to $495 due to order size and New customer.
The ECCN for this Low Freq Phase shifter is EAR99

Although not requested I'm attaching a copy of email quote just made on 4/9/2015 see attached and once again we ask to confirm "end use destination" and their reply was "All units will be used in the States"

ATM is glade to help in your investigation please contact me direct if you need any more information.

Best Regards
Mike Geraci
Advanced Technical Materials, Inc.
49 Rider Ave, Patchogue, NY 11772
Phone: 631-289-0363 Fax: 631-289-0358
email: mikeg@atmmicrowave.com
web: www.atmmicrowave.com

From: Gene Geraci
Sent: Monday, April 13, 2015 5:49 AM
To: Mike Geraci
Cc: Gene Geraci
Subject: FW: Request for Records

Please deal with this

Gene Geraci

ATM

Advanced Technical Materials, Inc.

49 Rider Ave

Exhibit 16:   Page 1 of 1

1

SC_00044694

# EXHIBIT 17

ELECTRONICS INTERNATIONAL, LTD. ("CEI") in Hong Kong.   The shipment was detained by Customs and Border Protection ("CBP") at the FedEx Hub in Anchorage, Alaska.   The FedEx shipment was declared as "Parts for electronic devices" and valued at $1.00 according to the Air Waybill ("AWB"), which I later reviewed.   The shipment was detained by CBP based on suspicion of undervaluation. The AWB showed that the shipment originated from "Chun Ping JI" at "300 S. Park Avenue, Ste. 803, Pomona, California."

26.   Thereafter, CBP sent me a copy of the AWB and photographs of the contents of the detained shipment.   I reviewed the photographs and observed what appeared to be a technical component, with markings indicating that it was manufactured by an identified company based in New York (hereafter "U.S. Company A"). The component was identified by part number "P1103" and serial number "Q533008z-01."

27.   In April 2015, I received information from U.S. Company A related to the sale of this serialized component.[4]   According to the records produced by U.S. Company A, the component is a Microwave Phase Shifter ("MPS") that was originally sold to

---

[4]   U.S. Company A has informed me that none of the items sold to ASSI are controlled for export to China or Hong Kong, which is consistent with information conveyed to me by the U.S. Department of Commerce.   However, U.S. Company A informed me that ASSI stated the components would be used in the domestic United States, and that U.S. Company A offers different pricing for the same components if the components will be exported outside the United States.

Exhibit 17:  Page 1 of 1

SC_00001528

# EXHIBIT 18



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/18/2016 14:08 EDT                                                    Page 3 of 11

and export paperwork.  CHEN stated that she believed the ASSI shipments were going to China, and relayed an anecdote regarding one incident when she was working at Northern University, in approximately 2010, in which there was a package she was supposed to mail for a client who was not Maggie.  CHEN stated that she mistakenly sent that package to Maggie.  At that time, CHEN called Maggie and asked if she could return the package to CHEN, but Maggie responded that the package had already gone to China.  CHEN added that is why she believed that most of her packages eventually ended up in China.

When asked if she recalled Maggie ever warning her not to mention China, CHEN responded in the affirmative.  CHEN was then shown an e-mail dated August 13, 2014, in which Maggie (Maggie@star-ai.com) told CHEN (c.si.china@hotmail.com) in pertinent part:

"Please remember country please write Hong Kong, not China."

CHEN responded that she recalled the e-mail, but added that there was a story behind that e-mail.  CHEN elaborated that one time, she went to a FedEx branch office and filled out a shipping form with the address, city and country and zip code.  CHEN stated that she made a mistake and wrote Hong Kong as the city and China as the country.  CHEN stated that her understanding was that Hong Kong was part of China, and Fedex refused to return the package because there is not a city in China called Hong Kong.  CHEN noted that although it was a long time ago, Maggie reminded her of that in the e-mail because of that incident.

When asked where she believes Maggie resides, CHEN stated that she believes that Maggie lives in both Hong Kong and Shenzhen, China.  CHEN stated that she believed that Maggie lived in Hong Kong part-time because in one instance, Maggie asked CHEN to look at iPhones and purses in the United States, as Maggie thought it might be cheaper to purchase those items in the United States for family and friends.  CHEN stated that she went to the market and took pictures of those items, along with price tags, and sent that information to Maggie.  According to CHEN, Maggie responded that they were the same prices as in Hong Kong.  CHEN speculated that because Maggie responded as soon as CHEN sent the pictures, CHEN believed that Maggie immediately went to the market in Hong Kong to compare prices.

CHEN stated that Maggie provided CHEN with a range of prices to report on export paperwork for the value of the shipments, as opposed to a specific value.  SA Peterson asked CHEN why, in CHEN's opinion, Maggie provided a range as opposed to a specific price.  CHEN responded that there were many instances that the packing list included with the shipment did not have the value of the items listed, and there was no way for CHEN to figure out the value of the items.  CHEN added that ASSI was registered in Delaware, the primary reason of which was that if Maggie made a purchase from Hong Kong it would be very expensive, but if she used a U.S. company to purchase the items, it would be far less expensive.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| OPERATION ANGEL FIRE | ██████████ | Redacted |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

Exhibit 18:   Page \_ of \_          SC_00084668

# EXHIBIT 19

**From:** 陈思 <c.si.china@hotmail.com>
**Sent:** Wednesday, June 25, 2014 7:41 PM
**To:** maggie@star-ai.com
**Subject:** RE: address

http://www.mynuface.com/   anti-aging skin care

# http://www.clarisonic.com/ 洗脸刷

这两个是现在在国内很流行的美容神器！！好多人都要从美国买！

防妊娠纹的产品我当时用的是：
**Palmer's, Cocoa Butter Formula, Massage Lotion for Stretch Marks, 8.5 fl oz (250 ml)** $8.14

**Palmer's, Cocoa Butter Formula, Massage Cream for Stretch Marks, 4.4 oz (125 g)** $8.14

**Palmer's, Cocoa Butter Formula, for Dry, Itchy Skin, 5.1 fl oz (150 ml)** $7.81 （oil）

便宜又好用！淘宝我也见有卖的，但要仔细保真！

仅供参考！

祝你生意兴隆～～～

_____

From: c.si.china@hotmail.com
To: maggie@star-ai.com
Subject: address
Date: Thu, 26 Jun 2014 10:29:20 +0800

Hi Maggie,

You can use my address for legal products receiving:

61 Hunter Point Rd., Pomona, Ca, 91766

Please let me know any necessary information regarding your shipment.

Best Regards,
Cecilia

Exhibit 19:   Page 1 of 1

# EXHIBIT 20

| | |
|---|---|
| **From:** | 陈思 <c.si.china@hotmail.com> |
| **Sent:** | Tuesday, January 14, 2014 9:09 PM |
| **To:** | maggie@star-ai.com |
| **Subject:** | RE: Greetings from Celia |

是2010年！

---

Date: Wed, 15 Jan 2014 10:50:18 +0800
From: maggie@star-ai.com
To: c.si.china@hotmail.com
Subject: Re: RE: Greetings from Celia

如果RENEW完了以后，供应商查到我司的信息是不是注册日期还是2010年，而不是RENEW的时间。

发件人： 陈思
发送时间： 2014-01-15  02:41:45
收件人： maggie@star-ai.com
抄送：
主题： RE: Greetings from Celia
Hi Maggie,

Attached all information from State of Delaware. If your customer do not want to pay, then this is the only
information they can get on line.
After contact with State of Delaware by phone, your status is " VOID", since you never pay for renew and
tax to State of Delaware.
To make your status active, you need to file Renew of Void, and all tax forms including fees.

Will contact with IRS for more information.

Best Regards,
Cecilia

---

Date: Wed, 15 Jan 2014 00:34:39 +0800
From: maggie@star-ai.com
To: c.si.china@hotmail.com
Subject: Re: RE: Greetings from Celia

要查的公司名字是ARCHANGEL SYSTEMS SPACE,INC
EIN NO.:请见附件FILE

---

Date: Fri, 10 Jan 2014 17:03:39 +0800
From: maggie@star-ai.com
To: c.si.china@hotmail.com
Subject: Re: RE: Greetings from Celia

Exhibit 20:    Page _1_ of _1_

Subject to Protective Order

SC_00068837

# EXHIBIT 21

**From:** 陈思 <c.si.china@hotmail.com>
**Sent:** Thursday, December 4, 2014 9:20 PM
**To:** maggie@star-ai.com
**Subject:** RE: 今天到货黄色包装

好的，是和机器一起发？还是等等再发？

Date: Fri, 5 Dec 2014 11:27:50 +0800
From: maggie@star-ai.com
To: c.si.china@hotmail.com
Subject: 今天到货黄色包装

我问过中国的供应商，黄色盒子里的是旋扭插座，所以没有问题，直接发过来就好了。

| Product Datasheet | | | Catalog Home | Family Home | Step Search |
|---|---|---|---|---|---|

## HBL2513 -- Twist-Lock Connector Body

4P5W, 20A 3PH 120/208V AC, L21-20R, Black & White Nylon

### Product Specifications

| | |
|---|---|
| Product Type | 医 |
| Product Item | Connector Body |
| Wiring Scheme | 4-Pole, 5-Wire Grounding |
| Amperage | 20A |
| Voltage | 3 Phase Y 120/208V AC |
| NEMA Configuration | L21-20R |
| Item Style | Insulgrip |
| Device Color | Black/White |
| Cord Dia. | .35"-1.15" (9-29) |
| Terminal Retainer Material | Clear polycarbonate |
| Housing Material | Black nylon |
| Cord Clamp Material | Natural (white) nylon |
| Terminal Clamp Material | .08" (2) steel-nickel plated |
| Terminal Screw Material | #10-32 Brass (white finish on neutral screw when used) Multi-drive |
| Ground Screw Material | #10-32 Brass (green finish) Multi-drive |
| Cord Clamp Screw Material | Steel, zinc plated Multi-drive |
| Body Holding Screw Material | Steel, zinc plated Multi-drive |
| Body Contact Carrier Material | Natural White Nylon |
| Contact Spring Material | Brass |
| Spring Binding Plate Material | Brass |
| Ground Contact Material | .031" (.8) Brass |
| Ratings | Molded In or Stamped On |
| Catalog No | Permanently ink marked on product |
| Dielectric Voltage Withstand | 2,000V minimum |
| Current Interrupting | Certified for current interrupting at full rated current |
| Temperature Rise | Max 30C temperature rise at full rated current after 50 cycles of overload at 150% of rated current at a power factor of .75. |
| Cord Accommodation | Round portable service cords of diameters commensurate with the device rating as defined in UL Standard 62, CSA C22.2 No. 49. |
| Terminal Accommodation | 20A #12 AWG |
| Terminal Identification | Terminals identified in accordance with UL 498 (X, Y, Z, White, Green) |
| Flammability | HB or better per UL 94 or CSA 22.2 No. 0.6 |
| Operating Temperatures | Maximum Continuous 75 C Minimum -40 C (w/o impact) |
| Moisture Resistance | IP20 |
| Listings | FED SPEC UL/CSA |
| UPC Number | 783585038551 |
| Weight in LBs | 0.4 |
| Link to Drawing Library | Click here for Library |
| Link to PDF Catalog | Click here for Catalog |

Exhibit 21:   Page 1 of 2

Subject to Protective Order

SC_00083150

**Rough translation of Exhibit 21:**

"I spoke with the Chinese suppliers" thus implying that the product is available in China.

Exhibit 21:   Page 2 of 2

# EXHIBIT 22

| | |
|---|---|
| **From:** | Yves Deiss - Keopsys <ydeiss@keopsys.com> |
| **Sent:** | Friday, July 19, 2013 10:38 AM |
| **To:** | frances <frances@archangel-s.com> |
| **Subject:** | Re: *** SPAM ***Re: pAYMENT |

Hello Frances,

We have received a similar request from Hong Kong and it is already being handled by our Shanghai office:

CEFA-C-BO-HP-SM-33-NL1-OM1-B202-FA-FA    1PCS
CEFA-C-HG-SM-50-B201-FU-FU               1PCS

Sincerely,

**Yves DEISS** - General Manager
Phone : (610) 820-0363
Cell : (610) 462-7499
Email : ydeiss@keopsys.com



Keopsys Inc. 1541 Alta Drive, Suite 205, Whitehall, PA 18052, USA
www.keopsys.com


On 7/19/2013 12:47 PM, frances wrote:
> Dear Yves,
>
> Please quote the below parts.
>
> CEFA-C-BO-HP B202 1PC  keopsys
> CEFA-C-HG B201 1PC
>
> Thanks
>
> Frances


**From:** Yves Deiss - Keopsys
**Sent:** 2013-06-05 11:24:12
**To:** frances
**Subject:** Re: *** SPAM ***Re: pAYMENT
Hello Frances,

I confirm the payment was received. The modulators will ship out today.

Thank you for your business.

Sincerely,

Yves

Exhibit 22:  Page 1 of 1

SC_00028396

EXHIBIT 23

Direct Phone:626-283-4064
Archangel Systems Space,Inc.
9460 Telstar Ave. Suite 5,
El Monte,CA 91731

-------- Original Message --------
Subject: RE: Quotation needed
From: "He Daming" <hdm@epool.cn>
Date: Wed, August 21, 2013 12:34 am
To: <cathy@archangel-s.com>

Dear Cathy,

Thank you very much for your interest in Noisewave products. This part is for a project in China. And
we are the representative of Noisewave in China. Please ask your colleague in China to contact me.

Best Regards,

He Daming
**EPool Technologies Co., Ltd.**
Add: NO. 59, Huilong Road,
  Zhonghe, Hi-Tech Zone,
  Chengdu, 610212, China
Tel: 0086-28-8561-9940
Fax: 0086-28-8561-9940
E-mail: hdm@epool.cn
Website: www.epool.cn

发件人：M Ardis-Boettcher [mailto:mardis@noisewave.com]
发送时间：2013年8月20日 21:07
收件人：'He Daming'
主题：FW: Quotation needed

Please deal with this inquiry.
Thanks!

*Best Regards,*
*Margaret*
*Margaret Ardis-Boettcher*
NOISEWAVE CORPORATION
20 TROY ROAD #3
WHIPPANY, NJ 07981
973-386-1119phone
973-386-1131fax
973-557-7161mobile
mardis@noisewave.com

**From:** cathy@archangel-s.com [mailto:cathy@archangel-s.com]
**Sent:** Monday, August 19, 2013 6:06 PM
**To:** mardis@noisewave.com
**Subject:** Quotation needed

Hi Margaret,

Exhibit 23:   Page 1 of 1

SC_00025617

# EXHIBIT 24

**From:**      Yves Deiss - Keopsys <ydeiss@keopsys.com>
**Sent:**      Monday, March 4, 2013 2:49 PM
**To:**        frances <frances@archangel-s.com>
**Subject:**   Re: Order AS13N131
**Attach:**    embedded image.jpg; embedded image.jpg; embedded image.jpg; embedded image.jpg; embedded image.jpg; embedded image.jpg; embedded image.jpg

Hello Frances,

I confirm the order was placed: I have pinged Photline again to provide delivery dates.

Sincerely,

**Yves DEISS -** General Manager
Phone : (610) 820-0363
Cell : (610) 462-7499
Email : ydeiss@keopsys.com

**KEOPSYS**

Keopsys Inc. 1541 Alta Drive, Suite 205, Whitehall, PA 18052, USA
www.keopsys.com

On 3/4/2013 5:41 PM, frances wrote:

> Hi yves,
>
> Please confirm if you have placed the order of AS13N131.And let me know the delivery schedule.
>
> Thank you
>
> Frances
>
> 发件人：Yves Deiss - Keopsys
> 发送时间：2013-02-22 23:31:10
> 收件人：frances
> 抄送：
> 主题：Re: Order AS13N131
> Hello Frances,
>
> Photline has verified with their Chinese distributor that you latest PO - AS13N131 - is not in conflict with any ongoing business there.
> They therefore acknowledge your order.
>
> Please confirm it is still valid.
>
> Sincerely,
>
> Yves

Exhibit 24:  Page 1 of 3

SC_00029211

On 2/12/2013 12:39 PM, frances wrote:

Hi Yves,

Our end use is in CA.I don't know why they said that.

Please confirm with Photline and let me know.

If they cannot accept the order,we will change another manufacture to purchase the same function parts.

Thank you

Frances

**From:** Yves Deiss - Keopsys
**Sent:** 2013-02-11  08:24:57
**To:** frances
**CC:**
**Subject:** Order AS13N131
Hello Frances,

Photline Technologies is not accepting your order AS13N131 as they believe it is for the same customer your previous order has been placed for.
They believe you are acting as a distributor and re-selling to China. In essence, Photline is competing against themselves.

Can you provide any guarantees this is not the case ?

Let me know.

**Yves DEISS -** General Manager
Phone : (610) 820-0363
Cell : (610) 462-7499
Email : ydeiss@keopsys.com



Keopsys Inc. 1541 Alta Drive, Suite 205, Whitehall, PA 18052, USA
www.keopsys.com

On 1/31/2013 11:27 AM, frances wrote:

Dear Yves,

Please send me your bank information and we will transfer the payment by T/T.
You will receive the payment tomorrow before your bank closing.

The parts are in your company or in the factory's?

We have placed another new order to you three weeks ago.Please review your e-mail.
Please see the attachment again.

Regards,

Exhibit 24:   Page 2 of 3

SC_00029212

**To:** frances
**CC:**
**Subject:** Re: Fw: Re: new RFQ

Hello Frances,

Can you confirm your customer is US based ?

Photline is concerned the purchase order you have placed with us was in competition with their distributor in China.
I would love to to business with you, but I will not be able to convince them to lower pricing if this is the case for this order as well.

Please advise.

Sincerely,

⛶

On 12/10/2012 11:03 AM, frances wrote:

Dear Yves,

I know you have done your best.But the problem is we cannot win the order at this price.And my customer still has the other MXIQ-LN-40-PD-P-P-FA-FA 2pcs and MPZ-LN-10-P-P-FA-FA 4pcs.This two items can keep USD4000 and USD1800 each.But the other two new parts,they want us to give a 10% discount to them.If we cannot,we will loss this order of four items.They will sign this order with my competitor tomorrow.

So please try to meet it today.

Hearing from your feedback.

Regards,

Frances Loomis

**From:** Yves Deiss -

Exhibit 24:   Page 3 of 3

# EXHIBIT 25

From: Oleg Cojocari <oleg.cojocari@acst.de>
Sent: Tuesday, June 23, 2015 10:31 AM
To: julia <julia@archangel-s.com>
Subject: Re: RUQEST --Need immediate attention

Hello Julia,

as I wrote in my last e-mail, I will wait during one week for evidence that your company is still active and on it-s high credibility. Moreover I am waiting for evidence of its activity on THz technologies.
If I will not get a strong confidence on these two issues before June 26th, then all the information you sent me will be considered doubtful and I will send you an official cancelation of our purchase contract.
Due to obsolete date and low scan resolution the two documents you sent me cannot be considered serious arguments. Sorry!

Kind regards,
Oleg.

--
Dr.-Ing. Oleg Cojocari,
ACST GmbH,
Josef-Bautz-Straße 15, D-63457 Hanau
Phone:   +49 (0) 61819457578
Fax:     +49 (0) 61819457579
www.acst.de

Am 23.06.2015 um 17:04 schrieb julia@archangel-s.com:

> Hello Oleg,
> Please let me know your decision.
>
> Best Regards
> Julia Davis
> (626) 340 4480
> �
> Archangel Systems Space, Inc
> �
> Suite 5, Telstar, EL Monte, CA 91731, USA�
> �
> �
> �
>
> -------- Original Message --------
> Subject: RE: RUQEST --Need immediate attention
> From: <julia@archangel-s.com>
> Date: Fri, June 19, 2015 4:27 pm
> To: "Oleg Cojocari" <oleg.cojocari@acst.de>
>
> Hello Oleg,
> See attached documents. Hope it would undo all the puzzles.
> Please be in good faith to support�Archangel Systems Space. We are the legal registered domestic company in CA, USA.�
>
> Best Regards
> Julia
> �
> �
>
> -------- Original Message --------
> Subject: Re: RUQEST --Need immediate attention
> From: Oleg Cojocari <oleg.cojocari@acst.de>
> Date: Fri, June 19, 2015 2:45 pm
> To: julia@archangel-s.com
>
> Dear Julia,
>
> I apologise to write you about but protection of our customers and partners is of our primary interest.
> The type and amount of the diodes you ordered in your PO Nr: AS15061 from 01 June 2015 is the same as we expect from another customer in China. That is a project, which our sales representative in China is promoting for several months and has invested much time and money.
> On the other hand, the THz community in the world is still limited and we usually know our potential customers . In contrast, I never heard about your company using THz products, neither your homepage does not offer any direct evidence on your activity on THz technologies.
> Moreover, we found some inconsistence between information provided by you and our own research. For instance, see attached file.
> Out of this knowledge, we have serious doubts on truthfulness of your information and we are afraid of entering a dubious deal.
> Therefore, I earnestly request you to provide evidence of contrary within one week from now. Othervice, we will have to cancel our quotation to you, and disregard your purchase order.
>
> Kind regards,
> Oleg.
>
> --
> Dr.-Ing. Oleg Cojocari,
> ACST GmbH,
> Josef-Bautz-Straße 15, D-63457 Hanau
> Phone:   +49 (0) 61819457578

Exhibit 25:   Page 1 of 2

SC_00008980

Best regards,
Oleg.

Am 01.06.2015 um 17:29 schrieb julia@archangel-s.com:

> Hello Oleg,
> Please see the attached Purchase Order.
> Can you take credit card payment?
>
> Best Regards
> Julia Davis
> (626) 340 4480
> �
> Archangel Systems Space, Inc
> �
> 9460 Suite 5, Telstar, EL Monte, CA 91731, USA�
> �
> �
> �
>
> ------- Original Message --------
> Subject: Re: RUQEST --Need immediate attention
> From: Oleg Cojocari <oleg.cojocari@acst.de>
> Date: Sat, May 23, 2015 10:31 am
> To: julia@archangel-s.com
>
> Hello Julia,
>
> please find attached.
> You do not pay VAT tax for foreign goods, but you will
> probably have to pay custom fees and delivery.
>
> Best regards,
> Oleg.
>
> --
> _____
> Dr.-Ing. Oleg Cojocari,
> ACST GmbH,
> Josef-Bautz-Straße 15, D-63457 Hanau
> Phone:    +49 (0) 61819457578
> Fax:      +49 (0) 61819457579
> www.acst.de
>
> Am 22.05.2015 um 02:17 schrieb julia@archangel-s.com:
>
> > Hello Oleg,
> > Please discount a little.�
> > I was also wondering if the VAT tax is
> > included in total amount.�
> >
> > Best Regards
> > Julia Davis
> > (626) 340 4480
> >
> > Archangel Systems Space, Inc
> >
> > 9460 Suite 5, Telstar, EL Monte, CA 91731, USA�
> >
> >
> >
> > ------- Original Message --------
> > Subject: Re: RUQEST --Need immediate
> > attention
> > From: Oleg Cojocari
> > <oleg.cojocari@acst.de>
> > Date: Sat, May 16, 2015 9:55 pm
> > To: julia@archangel-s.com
> >
> > Hello Julia,
> >
> > please find attached our offer.
> > I am looking forward for yor PO.
> >
> > Best regards,
> > Oleg.
> >
> > --
> > _____
> > Dr.-Ing. Oleg Cojocari,
> > ACST GmbH,

Exhibit 25:   Page _2_ of _2_

SC_00008982

# EXHIBIT 26

**From:** julia julia <us.julia@acius.org>
**Sent:** Friday, December 21, 2012 10:19 AM
**To:** 美国ACI <11368352@qq.com>
**Cc:** frances <frances@archangel-s.com>; 美国认证协会-王洪 <656127241@qq.com>;
nierong <nierong6688@hotmail.com>
**Subject:** Re: 3 Packages Sent
**Attach:** archangel systems - tracking no.jpg; ARCHANGEL SYSTEMS - PACKING
SLIP12212012_00000.pdf

王总：

FedEx 公司 把 两个小箱并成一个大箱。因国内海关要求 货价超过 $2,500 得申报其他的税。所以把内部资料 和价格改低。 换了新的跟单。共 寄两个包裹。
附件是 原来箱子里的文件。请查收。

Julia

On Thu, Dec 20, 2012 at 10:33 PM, 美国ACI <11368352@qq.com> wrote:
朱莉 附件日期不对 ？

------------- Original -------------
**From:** "julia julia"<us.julia@acius.org>;
**Date:** Fri, Dec 21, 2012 11:37 AM
**To:** "frances"<frances@archangel-s.com>;
**Cc:** "美国ACI-空空"<11368352@qq.com>; "美国认证协会-王洪"<656127241@qq.com>; "nierong"<nierong6688@hotmail.com>;
**Subject:** 3 Packages Sent

Dear Frances:

Attached, please find your tracking receipts for 3 packages.

Julia

Exhibit 26:  Page 1 of 2

**Rough translation of Exhibit 26:**

"Customs in China requests extra duty if valued over $2,500.  Please change and lower the shipment value."

# EXHIBIT 27

**FedEx** International Air Waybill

Express

| | |
|---|---|
| **1 From** | |
| Date 3/14/15 | Sender's FedEx Account Number 349788853 |
| Sender's Name Chun Ping Ji | Phone 619-386-1844 |
| Company | |
| Address 300 S. Park Ave Suite 803 | |
| City Pomona | State/Province CA |
| Country USA | ZIP/Postal Code 91766 |
| **2 To** | |
| Recipient's Name Ms. Sue | Phone 85221522388 |
| Company STAR AERO INVESTMENT LIMITED | |
| Address 7/F, Kin On Commercial Building | |
| Address 49-51 Jervois Street | |
| City Sheung Wan | State/Province Hong Kong |
| Country Hong Kong | ZIP/Postal Code 999077 |

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/EIN or Importer's ID Number

**3 Shipment Information**

| Total Packages D | Total Weight 38 | lbs kg | DIM 24/18/13 |
|---|---|---|---|

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Termination or Phase Shifter | | | $1.00 |
| | | | $3.00 |
| | | | $10.00 |
| | | | $15.00 |

**Manifest Billing Copy**

FedEx Tracking Number 8058 6385 3381  Form ID No. 0402

**4 Express Package Service**

- [ ] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [x] FedEx Intl. Economy

**5 Packaging**

- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [x] Other
- [ ] FedEx 10kg Box
- [ ] FedEx 25kg Box

**6 Special Handling**

- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery

**7 Payment**

Bill transportation charges to:
- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**8 Your Internal Billing Reference**

**9 Required Signature**

Sender's Signature: 3/14/15

8058 6385 3381   0402

568

| Origin Station ID ONTCE | Country Code/Destination Station ID HK XKTA | URSA Routing | Handling Units |
|---|---|---|---|

Received At ___ Total Volume (cm)

415852   5/14/15

# EXHIBIT 28

# Commercial Invoice

**[1] Shipper/Exporter**

Tax ID No.

Contact Name _Chun Png L._

Contact Phone _619-386-1964_

Email

Company Name

Address _300 S Park Ave. Suite 303_

Address 2

City _Pomona_  State _CA_  ZIP _71766_

Country _United States_

**[2] Parties to Transactions:** ☐ Related or ☑ Non-related

**[7] Recipient**

Tax ID No.

Contact Name _Ms. Site_

Contact Phone _852-113-7888_

Email

Company Name _STAR AERO Investment Limited_

Address 1 _7/F, Kin On Commercial Building_

Address 2 _49-51 Jervois Street_

City _Sheung Wan_  Province _Hong Kong_  Postal Code _0000_

Country _Hong Kong_

**[3] Ship Date** _3/4/15_

**[4] Air Waybill No./Tracking No./Bill of Lading**

☑ FedEx Express International Air Waybill Tracking No(s).

_8098 6385 3381_

☐ FedEx International Ground® Tracking No(s).

**[5] Reference No.**
(e.g., purchase order, invoice no.)

**[6] Purpose of Shipment** _Sample_

**[8] Importer - if other than recipient**

☐ Same as RECIPIENT

Tax ID No.

Contact Name

Contact Phone

Company Name

Address 1

Address 2

City  Province  Postal Code

Country

**[9] Broker Information**

FedEx Express® shipments will be cleared by our in-house broker. If you wish to designate your own broker for this express shipment, please provide contact information in the Broker Selection section of the FedEx® Expanded Service International Air Waybill.

FedEx International Ground shipments will be cleared by our in-house broker. The shipper is responsible for clearance entry fees. The importer will be billed for duties and taxes and other surcharges, unless they are charged to an authorized FedEx account number.

**[10] For FedEx Ground only.**
Duties and taxes payable by: ☐ Shipper ☐ Recipient ☐ Other   If other, please provide FedEx Account Number

| [11] No. of Pkgs | [12] No. of Units | [13] Unit of Measure | [14] Description of Goods | [15] Harmonized Code | [16] Country of Origin | [17] Unit Value | [18] Total Value |
|---|---|---|---|---|---|---|---|
| 1 | 7 | | Terminations | | U.S. | $1.00 USD | $7.00 USD |
| 2 | 3 | | Phase Shifter | | U.S. | $1.00 USD | $3.00 USD |

| | | |
|---|---|---|
| [19] Total Pkgs | | Subtotal | $10.00 USD |
| [20] Total Weight (indicate lbs. or kg) | | Insurance | |
| [21] Terms of Sale | | Freight | |
| | | Packing | |
| [22] Special Instructions | | Handling | |
| | | Other | |
| | [23] | Invoice Total | $10.00 USD |
| | [24] | Currency Code | |

[25] These commodities, technology, or software were exported from the United States in accordance with Export Administration regulations. Diversion contrary to U.S. law prohibited.

I declare all the information contained in this invoice to be true and correct.

Signature and Title of Authorized Person   Date _3/4/15_

M-1054 REV 7/10 Part 116547 RRD

0002769PM

Exhibit 28:   Page _1_ of _1_

SC_00055525

# EXHIBIT 29

SC_00001639



Exhibit 29:   Page 1 of 1

# EXHIBIT 30



## Commercial Invoice

| Date | | Consignment Number | | To | Receiver | CENTURY ELECTRONIC INTERNATIONAL LTD |
|---|---|---|---|---|---|---|

**From**

Shipper: Advanced System Space Inc.

Address: 300 S. Park Ave, Suite 600
Pomona, CA 91766

Contact: Chunping Ji
Phone / Fax: 619-306-7064

**To**

Receiver: CENTURY ELECTRONIC INTERNATIONAL LTD
Room 1501, Grand Millennium Plaza
(Lower Block), 181 Queen's Road
Central, Hong Kong, 999077

Contact: Ms. Sue
Phone / Fax: 852-2152 7388

| Detailed Description | HS Tariff Code | Country of Origin | #/Units | Unit Value | Total Value |
|---|---|---|---|---|---|
| Termination/waveguide | | USA | 2 | 20 | 40 |
| Adapter, waveguide | | USA | 2 | 20 | 40 |
| Phase Shifter | | USA | 1 | 15 | 15 |
| Power Divider | | USA | 2 | 20 | 40 |
| Attenuator | | USA | 2 | 20 | 40 |
| | | | | Freight Charges | |
| | | | | Total | 175 |

| Currency Used | 1 USD |
|---|---|
| Reason for Export | Sample |
| ITN (D13 Proof of Report Number) (if applicable) | |
| Receiver Tax ID # | |
| Other: | |

I certify that the above is true and correct.

| | Sales Manager | 7/00/14 |
|---|---|---|
| Signature | Title | Date |

Exhibit 30:   Page 1 of 2

# Commercial Invoice

Date          Consignment Number

| From | | To | |
|---|---|---|---|
| Shipper | Archangel System Space Inc. | Receiver | CENTURY ELECTRONIC INTERNATIONAL LTD |
| Address | 300 S. Park Ave, Suite 803 Pomona, CA, 91766 | Address | Room 1501, Grand Millennium Plaza (Lower Block), 181 Queen's Road Central,Hong Kong, 999077 |
| Contact Phone Fax | Chunping Ji 619-386-7864 | Contact Phone Fax | Ms. Sue 852-2152 7388 |

| Detailed Description | HS Tariff Code | Country of Origin | # Units | Unit Value | Total Value |
|---|---|---|---|---|---|
| ination, waveguide | | USA | 2 | 20 | 40 |
| Adapter, waveguide | | USA | 2 | 20 | 40 |
| Phase Shifter | | USA | 1 | 15 | 15 |
| Power Divider | | USA | 2 | 20 | 40 |
| Atienuator | | USA | 2 | 20 | 40 |
| | | | | Freight Charges | |
| | | | | Total | 175 |

| Currency Used | USD |
|---|---|
| Reason for Export | Sample |
| TN, B13 Proof of Report Number (if applicable) | |
| Receiver Tax ID # | |
| Other: | |

I certify that the above is true and correct:

| | Sales Manager | 11/04/14 |
|---|---|---|
| Signature | Title | Date |

FP82-3-1 Rev. 12Nov08

Exhibit 30:   Page 2 of 2