# EXHIBIT 31

Si Chen Certificate Summary

Si Chen has completed the following [18] <u>academic</u> courses:

    Geometry

    College Guild Courses:
          The Numbers Game
          Travel
          Health
          Short Story Club
          Marine Biology
          Drama Club
          History
          Gardening
          Biography
          Journalism
          Philosophy
          Sports
          Creative Language
          Dogs
          Families
          Mythology
          Captivities


Si Chen has completed the following Pychological/Emotional Development courses:

    Circle of Strength
    Intimacy Skills

    Prison Fellowship:
          Personal Assessment
          The Five Love Languages
          My Relationship With Others
          Parenting Education

    Islamic Shura Council
          Re-Entry Threshold Program

Exhibit 31:   Page 1 of 19



*Certificate of Achievement*

**Awarded to:**

**Si Chen**

FOR SUCCESSFUL COMPLETION

OF

*GEOMETRY*

*N. Ananias*

*N. Ananias, Ed. Spec.*
*DATE: April 5, 2018*

Exhibit 31: Page 2 of 19

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

### "THE NUMBERS GAME"
### College Guild Courses

Date: June 16, 2017

Metropolitan Detention Center
Federal Bureau of Prisons

B. Burch
Correctional Counselor

Exhibit 31: Page 3 of 19

# CERTIFICATE OF COMPLETION

Presented to:

## Si Chen

### "TRAVEL"
### College Guild Courses



Date: _____ July 21, 2017

Metropolitan Detention Center
Federal Bureau of Prisons

B. Burch
Correctional Counselor

Exhibit 31: Page __4__ of __19__

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"HEALTH"*
*College Guild Courses*

B. Burch
Correctional Counselor

Date: April 3, 2018
Metropolitan Detention Center
Federal Bureau of Prisons



# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

### "SHORT STORY CLUB"
*College Guild Courses*

B. Burch
Correctional Counselor

Date: March 19, 2018
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 6 of 11



# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"MARINE BIOLOGY"*
*College Guild Courses*

B. Burch
Correctional Counselor

Date:   February 1, 2018
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 7 of 11

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"DRAMA CLUB"*
*College Guild Courses*



_____
B. Burch
Correctional Counselor

Date:   January 10, 2018
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 8 of 11

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"HISTORY"*
*College Guild Courses*



Date:   December 13, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

B. Burch
Correctional Counselor

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"GARDENING"*
*College Guild Courses*



B. Burch
Correctional Counselor

Date: December 8, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 10 of 19

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"BIOGRAPHY"*
*College Guild Courses*

B. Burch
Correctional Counselor



Date:    November 28, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 11 of 19

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"JOURNALISM"*
*College Guild Courses*



B. Burch
Correctional Counselor

Date: November 21, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 12 of 19

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"PHILOSOPHY"*
*College Guild Courses*



_____
B. Burch
Correctional Counselor

Date:   September 22, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 13 of 19

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

### *"SPORTS"*
### *College Guild Courses*



_____
B. Burch
Correctional Counselor

Date: October 4, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 14 of 19

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"CREATIVE LANGUAGE"*
*College Guild Courses*



B. Burch
Correctional Counselor

Date: October 4, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 15 of 14

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"DOGS"*
*College Guild Courses*



_____
B. Burch
Correctional Counselor

Date:   October 19, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 16 of 19

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

### "FAMILIES"
*College Guild Courses*



B. Burch
Correctional Counselor

Date:   October 25, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 17 of 19

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

### *"MYTHOLOGY"*
### *College Guild Courses*



B. Burch
Correctional Counselor

Date:   November 9, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 18 of 19

# CERTIFICATE OF COMPLETION

*Presented to:*

## Si Chen

*"CAPTIVITIES"*
*College Guild Courses*



B. Burch
Correctional Counselor

Date:    October 27, 2017
Metropolitan Detention Center
Federal Bureau of Prisons

Exhibit 31: Page 19 of 19

# EXHIBIT 32

Letter to Judge
Cormac J. Carney

Chen Si is my daughter of Sufen Cai, Chen Yan.

Mother Caisu Fen, retired, was a manager of Shenyang Jinchuan Auto Parts Sales office, legal representative
Father Chen Yan, retired, was chief clerk in Shenghe branch of Shenyang Municipal Administration  for Industry and Commerce (a department who issues and updates business license)

Daughter Si really deserves our pride. She is a obedient girl in our family, sensible, obedient filial piety, caring for the family, kind-hearted, hard-working and having postgraduate degree.

1. Under the education of parents and teachers, my daughter give the seats to older people on the bus. Items she picked up hand to teachers and parents.

2. In her high school,  she was able to complete all the study tasks assigned by the teacher on time. She gave up her free time to take care of the wall-newspaper while other students were concentrated on their study for their college. She was praised by teachers, classmates and parents, and was rated as excellent member of the Communist Youth League.

3. The performance of my daughter during college has made us feel particularly proud. I feel that my daughter has grown up, and my heart at ease.

After she went to college, she actively participated in various activities organized by the school: she was repeatedly rated as an outstanding student council cadre, and was repeatedly rated as an ideological and moral model, and had scholarship for three consecutive years. When the daughter participated in the sports meeting organized by the school, she took her scholarship o supplement the athletes with glucose and mineral water to archive good results for the players.

My daughter also used her summer vacation and worked tirelessly. She went to the nursing home to cut hair for the bedridden elderly for hair cutting, and received praise and respect.

In 2002 Summer Soccer World Cup competition, my daughter took free time in the vacation (she was preparing 2003 college entrance exam) to be a volunteer under a very hot weather and good amount of mosquito bites. SO my daughter is a obedient girl, a very self-reliant and obedient girl.

The impact of my daughter's imprisonment on our family is very big! My husband and myself both cried and felt the sky was collapsing when we heard about this. It didn't make sense to live! What happened to our obedient girl! Si's father was overwhelmed and suffered a sudden onset of cerebral hemorrhage on January 13, 2018. He was

Exhibit 32: Page 1 of 7

recovered after hospitalization. But it still hangs us as parents' heart, making it difficult for us to accept our daughter's imprisonment, miss our daughter and her family! Recently Si's father had another but serious cerebral hemorrhage on July 26 2018, blood loss is more than 40mg. The rescue was temporarily out of danger of life, but the entire left body is unconscious, cannot move, cannot speak clearly, cannot go to bathroom, has to be taken care by other people. In short, my daughter's imprisonment is very big for our family. We miss our daughter and her family.

I believe that, after our daughter gets out, she will definitely study hard and integrate into the community. Carry forward her strengths, study her business hard, do accounting better, cherish her happy life.

This letter was written by me (Si's mother), because Si's father cries when daughter is mentioned, cries very hard when he knows Si was still in prison. So I didn't tell Si's father about this.


Si's mom, Sufen Cai

2018.8.19


Exhibit 32: Page 2 of 7

279 E Santa Fe Ct
Placentia CA 92870
September 3, 2018

The Honorable Judge Cormac J. Carney

Exhibit 32: Page 3 of 7

Dear Judge Carney,

Today I'm writing this letter to kindly ask for leniency for Si Chen.

My name is Amy Qiu, I'm a respiratory therapist working in respiratory field for
eight years. I have been working at my current hospital as a respiratory care
practitioner for five years.

I have known Si Chen since high school. She was my classmate, my friend
and we always hang out together. She helped me go through the difficult time
when I needed to consult about my study goals and my personal life. When I
knew she was coming to American to study her master degree, I was so
happy. I drove two hours to San Diego to meet her, show her around.

She was studying really hard. Because the international study cost a lot
money, she trying so hard to save the money. She did not want to add more
financial pressure on her parents.

She is not only a good daughter but also a great mother. When she gave birth
to her daughter she refused to get the shot to reduce the pain, only because
she heard the medication may not good for the baby. She was suffering a lot
pain and still strong enough to give birth to a healthy beautiful girl Catherine.
She gave Catherine a nick name XiaoXiao meaning smile and be happy in
Chinese. Her daughter is her angel and her everything. She took her to piano
lesson, she took her to study ballet, she want Catherine to learn more and
experience more from a young age. She spend all her energy and all her free
time on teaching Catherine to be a better person. She taught her be nice and
polite to everyone. She took Catherine everywhere she go, Disney Park, OC
night market, and many more places.

Every time when I thinking about Catherine separated from her mother, I am
emotional and want to tear up. Catherine is a happy sunny little girl who likes
smile and dance. She will start dance up and down along with the music when
she can barely walk. Now every time I visit Catherine, it's really hard for me to

answer her question: "where is Mommy, when is she coming back?"
Catherine will go to elementary school soon, she will be a happy kid if her
Mom and Dad hold her hand and take her to school together.

Si Chen is also a good friend. When I first came to American I had difficulty
time to adjust from school life to working life. New country, new environment
and new living style gave me a lot pressure. She was the one supporting my
emotions and guided me to stay strong and keep the hope up. Time went fast,
it has been almost 18 years since we know each other. It was my honor to
have her as my bridesmaid on my wedding day, and to have her name as the
witness on my wedding certification paper.

She is a great daughter, a great mother and a great friend. She always likes
to help others. She will learn from her mistake and be a better person
everyday just like how she teach her daughter.

We love her and hopefully everything will be ok for her and her family, and
some day in the future my family and her family can all eat together again on
the Christmas Day. Dear J Judge Carney, thank you for your time, I'm
available to talk if any further information is needed, my contact cell phone
number is 6262276309, please text me or email me at
amypingqiu@gmail.com.


Respectfully Submitted



Amy Ping Qiu

Exhibit 32: Page 4 of 7

3051 Decima Dr,

Hacienda Heights, CA 91745


Honorable Judge Cormac J. Carney

U.S. District Court


Dear Judge Carney,

My name is Derek You, and I was Si Chen's classmate in National University and her best friend in that class. I'm currently working in Wells Fargo Bank as a Client Associate. The purpose I am writing this letter is to ask leniency for her sentence.

Si was my classmate when we studied in National University for our Master of Accountant Degree. She was a very good student, and studied pretty hard. We were both referred by our classmate Roselyn into her company's internship as book keepers in D3 Technologies, Inc. Si and I worked together in the same office, helped in Accounting Department for their project management. We prepared projects' budgets, monitored invoices, check usages and other expenses to keep tracking the effort that leads to any productive output in D-3 Technologies. Later on, she was hired by another company and moved to Los Angeles.

I remembered that it was a Tuesday in May of 2017. When I heard she got arrested because she committed a crime, I was totally shocked. It was very out of her character. We studied together in the same class, worked together in D3 Technologies in 2010. All we know is the content in accounting field, and I don't think she knows about the usage of the fancy equipment.

I really appreciate your time in reading my letter. Please show your compassion in Si Chen's sentence. I am available anytime to talk. Please feel free to contact me at 917-650-5855, or via email ymt1024@gmail.com.

Sincerely,

Derek Yu

Exhibit 32: Page 5 of 7

11136 Camarena Ave
Montclair, CA 91763

September 3rd, 2018

Honorable Judge Cormac J. Carney
U.S. District Court

Dear Judge Carney,

My name is Jenny Ma, a mother-to-be eight months along in my pregnancy, one of Si Chen's friends. I am writing this letter with tears and would like to ask for mercy from Your Honor for her sentence.

I have been working as the operator of Blue Travel for 6 years. It was four years ago, my husband brought me to Si Chen's house warming party. We were introduced at the party and she was eight months pregnant then, as I am now. We became good friends and hangout regularly. I witnessed the delivery of her baby, she went through a postpartum anxiety period and returned back to her career as a full-time working mother.

Si Chen is a good mother, she has a happy family with a responsible husband and a lovely 5 year old daughter. As a close friend of six years, I would like to share some of her family activities that impressed me. They went to public libraries for "Story Time" since the daughter to donate her used toys and used books to Goodwill to enjoy sharing. They have regular Family Discussion Times to confess wrongdoings and encourage good behaviors of each other. What a small but sweet family they used to have! Since Si Chen got incarcerated, it is only her husband with their 5 year old daughter come and leave quietly. One time, the 5 year old daughter asked me if I know when her mom is coming back home, I cried in front of her. I feel so sorry for the little girl, she is waiting and expecting her mom to come back home when she wakes up every morning.

One year past, from the date Si Chen got arrested last May, I still can not believe what happened to her. She is very humble and trustworthy. She has perfect career and family plans. She made good income from her accounting position. She should not put her family, which she loves with all her heart in risk to commit a crime.

We were planning to be pregnant together and have two same age baby girls. We planned to let them grow up together and close to each other as sisters, the same as Si Chen and I. Right now I am in my sixth month of my pregnancy, but my sister is not here with me. Motherly empty. I can feel the devastating pain she is experiencing due to this inconvenient separation from her family, especially her 5 year old daughter. I know she worries about her daughter everyday. I hope she could get back with her family soon.

I am thankful to you for reading my letter, and please show mercy on Si Chen's sentence. I am available to talk if there is anything I can help with. Please feel free to contact me at 626-271-3921, or via email maxiaochen1983@163.com

Sincerely,

Jenny Ma

Exhibit 32: Page 6 of 7

11136 Camarena Ave
Montclair, CA 91763

September 3rd, 2018

Honorable Judge Cormac J. Carney
U.S. District Court

Dear Judge Carney,

My name is Bo Yuan, a friend of Si Chen, and the Godfather of her 5 year old daughter. I am writing this letter to sincerely request mercy of her sentence.

I was a schoolmate of Si Chen in National University in San Diego, where she earned her Master Of Accountancy degree. In the past ten years, she was always the one I looked to for support when I felt I had failed, frightening or lack of encouragement.

Si Chen is like an older sister whom is also my prototype and I can believe in forever. She is the only one I know came to the United States with scholarship of our school in her year. And during all the school years, the library is always the place I can find her. She was the first one among our friends in San Diego to move to Los Angeles after graduating, to find better job opportunities. Although, with big challenges from a new city, without family and old friends, she perfectly transferred her position from a student to a freshman in the society. One time, I was so angry with others. When I talked to her, she told me, "send forgiveness to others, receive freedom for yourself". Her simple sentence released me to peace and has benefited me until now. Subsequently, she established her family and had a pretty baby girl. I was so happy for her and I was the first one strived for being her daughter's godfather.

When I heard she got arrested for committing a crime, I felt the ground shaking. It took me a long time to believe and accept it. Quietly listening, patiently comforting and timely supporting is all I can remember about her. I used to blame her and was disappointed in her at the beginning. "Send forgiveness to others, receive freedom for yourself", this is what I heard from her. Right now, I not only want to send her my forgiveness, but also hope Your Honor could bring her freedom.

I am thankful to you for reading my letter, and please allow me to request a merciful sentence for Si Chen again. Please feel free to contact me anytime if there is anything needed. I can either be reached at:619-228-3459, or via email: yuanbo_86@hotmail.com.

Sincerely,

Bo Yuan

Exhibit 32: Page 7 of 7